# EXHIBIT D



Contract – Long Form

# Contract (Long Form)

This is a Contract between the below named Contractor ("Contractor"),  a Delaware corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105.

| Contractor's Legal Name: | TREES, INCORPORATED | PG&E Contract No. 4400009030 |
| --- | --- | --- |
| Contractor's Address: | 650 N. Sam Houston Parkway E Houston, TX 77080 | This Contract consists of 140 pages. |

| Project Name: | Distribution Tree Pruning and Tree and Brush Removal and Reliability Tree Pruning |
| --- | --- |
| Job Location: | The Vegetation Management Program Manager Areas identified below and other locations in the PG&E service area, as mutually agreed: |
| | Distribution Tree Pruning Work: Central Valley (Stockton and Fresno areas) |
| | Reliability Tree Pruning: Central Valley (Stockton and Fresno areas) |

WORK: Contractor shall, at its own risk and expense, perform the Work described in this Contract and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Specification No. 5404 Scope of Work.  This is not an exclusive Contract.  This Contract does not guarantee Contractor any Work nor is there any guarantee as to any volume or duration of Work.

1) Contractor shall perform Distribution and Reliability Tree Pruning and Tree and Brush Removal in accordance with Specification No.5404, dated August 1, 2014.  In consideration of the recitals, terms, covenants and conditions herein, the parties agree that Contract Number 4400009030 be established.  The parties further agree that this Contract supersedes MSA 4400004205, effective 04/30/2010, which are hereby terminated by mutual agreement.

ATTACHMENTS:  Each of the following documents is attached to this Contract and incorporated herein by this reference:

Attachment 1:  Supplemental Terms and Conditions (5 pages)
Attachment 2:  Specification 5404 (45 pages)
Attachment 3:  Specification 5404 Exhibits (51 pages)
Attachment 4:  General Conditions (31 pages)
Attachment 5:  Pricing Sheet (6 pages)

| CONTRACT TERM: | This Contract is effective upon signature by both parties and expires on 12/31/2019. |
| --- | --- |
| COMPLETION: | Contractor shall commence performance hereof when directed to do so by PG&E.  Work shall be completed by the completion date of 12/31/2019.  Time is of the essence. |
| INSURANCE: | Contractor shall maintain insurance in accordance with Section 10 of the General Conditions. |
| TERMS OF PAYMENT: | In accordance with Section 7 of the General Conditions. |

CONSIDERATION:  As full consideration for satisfactory performance of the Work by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount.  This amount is inclusive of all taxes incurred in the performance of the Work.  Any change to this amount shall only be authorized in writing by a PG&E Contract Change Order, fully executed by both PG&E and Contractor.

TOTAL: The Sum of all Pricing specified on duly authorized Vegetation Management Work Requests.

THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT.

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR  TREES, INCORPORATED | |
| --- | --- | --- | --- |
| Signature | | Signature | |
| Name | Gun Shim | Name | Scott Huffmaster |
| Title | Vice President, Supply Chain | Title | Vice President |
| Date | 9.25.14 | Date | 09/19/2014 |

{00145724.DOCX;1}62-4073 (9/26/11)          Sourcing

TREES002192



# Contract (Long Form)

**This is a Contract between the below named Contractor ("Contractor"), a Delaware corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105.**

| | | | |
|---|---|---|---|
| **Contractor's Legal Name:** | TREES, INCORPORATED | **PG&E Contract No. 4400009030** | |
| **Contractor's Address:** | 650 N. Sam Houston Parkway E<br>Houston, TX 77080 | **This Contract consists of 140 pages.** | |

| | |
|---|---|
| **Project Name**: | Distribution Tree Pruning and Tree and Brush Removal and Reliability Tree Pruning |
| **Job Location**: | The Vegetation Management Program Manager Areas identified below and other locations in the PG&E service area, as mutually agreed:<br><br>Distribution Tree Pruning Work: Central Valley (Stockton and Fresno areas)<br><br>Reliability Tree Pruning: Central Valley (Stockton and Fresno areas) |

WORK: Contractor shall, at its own risk and expense, perform the Work described in this Contract and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Specification No. 5404 Scope of Work. This is not an exclusive Contract. This Contract does not guarantee Contractor any Work nor is there any guarantee as to any volume or duration of Work.

1) Contractor shall perform Distribution and Reliability Tree Pruning and Tree and Brush Removal in accordance with Specification No.5404, dated August 1, 2014. In consideration of the recitals, terms, covenants and conditions herein, the parties agree that Contract Number 4400009030 be established. The parties further agree that this Contract supersedes MSA 4400004205, effective 04/30/2010, which are hereby terminated by mutual agreement.

**ATTACHMENTS:  Each of the following documents is attached to this Contract and incorporated herein by this reference:**

Attachment 1:  Supplemental Terms and Conditions (5 pages)
Attachment 2:  Specification 5404 (45 pages)
Attachment 3:  Specification 5404 Exhibits (51 pages)
Attachment 4:  General Conditions (31 pages)
Attachment 5:  Pricing Sheet (6 pages)

| | |
|---|---|
| **CONTRACT TERM:** | This Contract is effective upon signature by both parties and expires on 12/31/2019**.** |
| **COMPLETION**: | Contractor shall commence performance hereof when directed to do so by PG&E. Work shall be completed by the completion date of 12/31/2019. Time is of the essence. |
| **INSURANCE**: | Contractor shall maintain insurance in accordance with Section 10 of the General Conditions. |
| **TERMS OF PAYMENT**: | In accordance with Section 7 of the General Conditions. |

CONSIDERATION:  As full consideration for satisfactory performance of the Work by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E Contract Change Order, fully executed by both PG&E and Contractor.

**TOTAL**: The Sum of all Pricing specified on duly authorized Vegetation Management Work Requests.

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT.**

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR:  TREES, INCOPORPORATED** | |
|---|---|---|---|
| **Signature** | | **Signature** | |
| **Name** | Gun Shim | **Name** | Scott Huffmaster |
| **Title** | Vice President, Supply Chain | **Title** | Vice President |
| **Date** | | **Date** | |

TREES002193



Contract – Long Form

PG&E Contract No. 4400009030
Page 2 of 2

| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Dana Edwards | **Contractor Representative** | Scott Huffmaster |
| **Phone** | 925-459-6909 | **Phone** | 530-632-6507 |
| **Email** | DxEi@pge.com | **Email** | shuffmaster@treesinc.com |
| **Accounting Reference** | Vegetation Management Work Request | | |
| **PG&E Work Supervisor:** | Per Vegetation Management Work Request | **Phone:** Vegetation Management Work Request | |
| **INVOICE INSTRUCTIONS**: Contractor shall send invoices for each payment when due, showing the Contract number, to: PACIFIC GAS AND ELECTRIC COMPANY | **Send ORIGINAL Invoice to:** **(See note below if using PG&E's electronic invoicing system)** | PG&E Accounts Payable* PO Box 7760 San Francisco, CA 94120-7760 | |
| | **Send COPY of Invoice to:** | Vegetation Management Work Request | |
| | For information regarding invoice status, call PG&E's Paid Help Line at (800) 756-PAID (7243) or go to AP Web Reporting site at www.pge.com/actpay. *Note: Contractors using PG&E's electronic invoicing system do not need to mail a copy of the invoice to PG&E Accounts Payable. | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☒ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☒ Sourcing/ Purchasing  Contract File |
| | ☐ Director | ☐ Law |

TREES002194

**SUPPLEMENTAL TERMS  AND CONDITIONS**

These Supplemental Terms and Conditions state additional provisions applicable to Work performed under this Contract.

1.     DEFINITIONS

       In addition to the terms defined elsewhere in this Contract, the following terms have the meanings described:

       Distribution Work is defined as Work through pruning or removal of any tree that will encroach within the minimum clearance distances and any hazard tree to maintain regulatory compliance for facilities 60/70kV and below.

       Reliability Work is defined as Work through pruning or removal of any tree that has the possibility of fire ignition when trees fall into power lines.

2.     PRICE RENEGOTIATIONS

       2.1    All Time and Material rates shall be eligible for renegotiation one (1) year after contract execution in accordance with Part 3 of Specification No. 5404.

       2.2    Rate Increases Tied to Performance

              2.2.1  Rates for 2015 through 2019 shall include a 3% increase in unit and T&M rates annually according to the following terms:

              2.2.2  Compliance performance above VMII thresholds by December 31st of each year starting in 2014.

              2.2.3  In 2014, contractor must have a 1% increase in customer satisfaction above the 2013 result.  In 2015 through 2019, customer satisfaction must have an annual increase of 1% per year if the prior year's results were over system average or 2% per year if currently under system average.

              2.2.4  Schedule performance to be at or above 98% on December 31st starting in 2014.

              2.2.5.  No employee or sub-contractor fatalities.

              2.2.6  Less than 3 contractor caused outages per 100,000 trees worked each contract year.

              2.2.7  Required year-over-year unit reductions of 3% per year minimum (VMII targets shall be used as the base year to compare future year actuals).

              2.2.8  PG&E or Contractor may elect to waive the 3% increase described above at either's discretion. If this occurs, the next year's contract term's shall then be mutually negotiated.  PG&E can at any time elect to terminate negotiations and the contract.

3.     Starting in 2014 PG&E is reverting back to 100% of circuits (full annual patrol).

4.     YS/YL work (if available) shall continue to be assigned to the local routine tree pruning contractor.

5.     MISCELLANEOUS PRICING INFORMATION
       Material Mark-Up Fee ███

Contract 4400009030
Attachment 1:  Supplemental Terms and Condition
Trees, Incorporated
Page **2** of **5**

6.   SUPPLIER DIVERSITY GOALS
Contractor's Supplier Diversity goals for this Contract are as follows:

Overall goal for purchases of goods and services from WMDVBEs:      25 %

7.   LOCATION
Work covered by this Contract is located throughout PG&E's service territory.  Contractor shall be required to work in divisions assigned by PG&E Vegetation Management Representative.

8.   NOTICE

PG&E:  The following PG&E employees shall be contacted for information related to the noted categories:

Technical Matters

Pete Dominguez
Pacific Gas and Electric Company

245 Market Street                     Mail Code N9J
San Francisco, CA  94105

Telephone:  (415) 972-5350
Email:  PFD1@PGE.com

Vegetation Management Supervising Program Manager

Per Division

Contract Administration

Dana Edwards
Pacific Gas and Electric Company

1850 Gateway Blvd
Concord, CA  94520

Telephone:  (925) 459-6909
Email:  DXEI@PGE.com

Contractor:  The following individual(s) are designated to act as Contractor's representatives for the Work under this Contract.

Scott Huffmaster
Vice President

Trees, Incorporated
650 N. Sam Houston Parkway E
Houston, TX 77080

Telephone:  (530) 790-7270
Email:  shuffmaster@treesinc.com

8.1   All notices required or permitted to be given under this Contract shall be in writing and shall be sent by U.S. Mail, facsimile or delivered personally, addressed to the parties listed above or such other address as either party may from time to time designate by written notice in the manner set forth above.  Any such notice shall be deemed given, if mailed, on the date of receipt, or if faxed or hand-delivered, on the date of such delivery.  All notices of breach shall be sent by Certified Mail, Return Receipt Requested.

9.   VEGETATION MANGEMENT IMPROVEMENT INITIATIVE (VMII)
This section applies to Distribution tree trimming work and the 60/70 kV portion of transmission work.  The schedule attainment requirement applies to Distribution tree trimming, the 60/70 kV portion of transmission and reliability (YS/YL) work.

9.1   The Tree Trimming (TT) Contractor must ensure that all Work is performed in accordance with the Distribution Patrol Standard and Transmission Patrol Standard as set forth in the Contract and that appropriate actions are taken to Work the appropriate trees, to assure compliance with all regulations, to reduce the number of potentially overlisted trees, to reduce the number of trees requiring bi-annual or annual pruning by obtaining the appropriate clearances and trim type, to improve the removal rates of R1 trees that are prescribed for trim, and applying cut stump herbicide treatment to prevent resprouting.  The Distribution Patrol Standard and Transmission Patrol Standard may be revised from time to time by PG&E, and a copy of the revised Standard shall be provided to Contractor.

9.2   The TT Contractor may be eligible to earn a Vegetation Management Improvement Initiative Incentive if the actual total number of Units prescribed for Work by the PI Contractor in aggregate for all its areas in the Project Year declines from the VMII target number.  The TT Contractor must meet the minimum threshold requirements for Schedule Attainment Target, Compliance Target, and Customer Satisfaction Target set forth in 9.4 below.  In order to be eligible for a Vegetation Management Improvement Initiative Incentive, TT Contractor shall be evaluated as follows:

9.2.1   The difference between the starting numbers of Units and ending number of Units shall be calculated by PG&E as follows:

9.2.1.1   The starting number of Units shall be the VMII Target.

9.2.1.2   The ending number of Units shall be calculated as follows:  PG&E shall take the total number of Units prescribed for Work for all of Contractor's areas as determined by the Vegetation Management Database (VMD) for the Project Year and increase this number by the additional trees added by the Tree Trim contractor as entered into VMD through the Work Complete invoicing process plus all 60/70 kV transmission units (local units only, not system).  The resulting number shall then be decreased by No Work Trees entered into VMD through the Work Complete invoicing process, by the number of Units issued on a Work Request as Work Category "Division non VM" and further decreased by Public Safety & Reliability units (YS/YL).  Units that are removed from Contractor's routine circuits and worked as projects by other contractors (such as T&M projects and other projects that are bid) shall be included in this calculation.

9.2.1.3   The ending number of Units as calculated in 9.2.1.2 above shall be subtracted from the starting number of Units as set forth in 9.2.1.1 to measure the % change to determine if the Contractor may be eligible for the Vegetation Management Improvement Initiative Incentive.

9.3   PG&E shall measure the % change in aggregate Units for all Contractor's combined areas for the Project year as set forth in 9.2.1 above by February 1 and shall notify Contractor of results. If the

aggregate number of Units for all of Contractor's areas declines, Contractor shall receive $25.00 for each Unit of reduction from the starting number of Units, provided Contractor meets or exceeds the three targets as set forth below for Schedule Attainment Target, Compliance Target, and Customer Satisfaction Target by 12/31 and 95% of the Project Year Work has been completed by February 1. If less than 95% of Project Year Work is completed by February 1, the VMII payout shall not be made until Contractor completes 95% of the Project Year Work.  No VMII payment shall be made if Contractor completes 95% after March 31.

Table 1

| Compensation | Target |
|---|---|
|  | Any reduction in units below original target |

9.3.1   If Contractor is notified by PG&E that a Vegetation Management Improvement Initiative Incentive has been earned, Contractor shall submit a TMC invoice to PG&E for payment.

9.3.2 Contractor may be eligible to receive partial payments of the VMII payout during the Project Year as follows:

9.3.2.1   At the completion of each of the 2nd and 3rd quarters, if Contractor is meeting/exceeding the three targets as set forth below for Schedule Attainment Target, Compliance target, and Customer Satisfaction Target, Contractor will receive ¼ of the annual VMII payout as estimated in the VMII Dashboard Report. PG&E will review the Dashboard Report results by July 15 for the 2nd quarter (ending June 30) and December 1 for the 3rd quarter (using the results on November 30) and notify Contractor of results.

9.3.2.2   If Contractor is not eligible for a quarterly partial payment at the end of the 2nd or 3rd quarters but meets/exceeds the three targets as set forth below for Schedule Attainment Target, Compliance Target, and Customer Satisfaction Target at any time after the completion of the 2nd or 3rd quarters, a partial VMII Incentive amount will be paid for the applicable quarter(s) at that time. If Contractor is not eligible for one or both of the partial payments prior to the end of the Project Year but meets all requirements for the VMII Incentive payout at the end of the Project Year, then the remaining VMII Incentive amount will be paid as set forth in paragraph 9.3 above.

9.3.2.3   If Contractor receives a 2nd or 3rd quarter partial payment, that partial payment will not be subject to repayment to PG&E if Contractor fails to qualify for the year end payout.

9.3.2.4   If Contractor receives one or more partial payments of the VMII Incentive amount and meets all requirements for the VMII Incentive amount at the end of the Project Year, payout of the remaining portion of the Incentive amount that has not already been paid through 2nd and/or 3rd quarter partial payments will be made in accordance with Paragraphs 9.3 and 9.3.1 above.

9.4   Target requirements:  In order to earn the Vegetation Management Improvement Initiative Incentive set forth above, Contractor must meet or exceed the following three targets below and have done so without PG&E having to hire other, additional contractors in any of Contractor's areas to perform Tree Trimming Work:

TREES002198

9.4.1  Schedule Attainment Target

Tree Trimming Contractor must be on schedule in all areas it Works by the fourth quarter as determined by the Schedule Attainment table and provisions set forth below:

| 1st Quarter Target Completion Range of Forecast | 2nd Quarter Target Completion Range of Forecast | 3rd Quarter Target Completion Rage of Forecast | 4th Quarter Target Completion Range of Forecast |
|---|---|---|---|
| = or > 25% | = or > 50% | = or > 75% | 95% - 100% |

9.4.2  Compliance Target

Contractor must have a minimum annual overall rating, which includes Pre-Inspection and Tree Trimming, for compliance with GO 95, Rule 35, and PRC 4293, based on an aggregate of all areas Worked, of 99% and have a compliance rating of 99.9% for no tree line contracts as determined by PG&E's Vegetation Management Quality Assurance group at calendar year end 12/31.

9.4.3  Customer Satisfaction Target

Contractor must have a minimum Customer Satisfaction score of 55% or better as averaged from the second quarter of the year through the fourth quarter of the year in the combined categories of Excellent to Very Good as determined by PG&E's Vegetation Management Survey to be provided to Contractor by PG&E.

10.   Sub-contractors shall be IBEW-signatory contractors in order to perform any Work under this Contract except to the extent set forth in the MOU attached hereto as Attachment 3. All non-IBEW signatory sub-contractors must pay prevailing wages as outlined in revised General Conditions to be distributed to contractor in first quarter of 2014.

11.   Starting in 2014, multi-stem trees, when listed for removal, will be the sum of all stems at breast height and counted as one unit (the same as if trimmed). This will replace the current practice where the DBH of the each stem is used.

VMII TARGETS

| Division | Dist Target | 60/70 | Total |
|---|---|---|---|
| Fresno | 66,638 | 346 | 66,894 |
| Stockton | 93,784 | 694 | 94,478 |
| **Overall** | **160,422** | **1,040** | **161,462** |

Contract 4400009030
Attachment 2:  Specification No. 5404
Trees, Incorporated
Page 1 of 45

**PACIFIC GAS AND ELECTRIC COMPANY**

**SAN FRANCISCO, CALIFORNIA**


**VEGETATION MANAGEMENT**


**SPECIFICATION NO. 5404**


**SPECIFICATION**
**FOR**
**TREE PRUNING AND**
**TREE AND BRUSH REMOVAL**
**IN**
**PG&E'S SERVICE TERRITORY**


CONTRACTOR SIGN BELOW TO INDICATE
THIS SPECIFICATION HAS BEEN USED IN
PREPARING PROPOSAL:

Firm   _____

By     _____

Date   _____


DATE  August 1, 2014

TREES002200

CONTENTS -i-

## SPECIFIC CONDITIONS                                                   <u>Page No.</u>

PART 1 - TREE PRUNING AROUND ELECTRIC OVERHEAD DISTRIBUTION AND
TRANSMISSION LINES ................................................................................ 4

    1   Overview of Work ................................................................ 4
    2   Scope of Work ................................................................... 6
    3   Contractor Reports ........................................................... 17
    4   Disclosure of Information .................................................. 18
    5   Labor Classifications ........................................................ 18
    6   Scheduling of Work ......................................................... 20
    7   Crew Design ................................................................... 20
    8   Work Pre-Inspected by Another Party  ............................... 21
    9   Post-Audit of Work .......................................................... 21
   10  Safety Precautions .......................................................... 22
   11  Non-Routine Maintenance Work ....................................... 23
   12  Firm Unit Price ............................................................... 23
   13  Hourly Crew Rate Basis  .................................................. 24
   14  PG&E Inspections ........................................................... 24
   15  Jobsite Conduct ............................................................. 24
   16  Contract Schedule .......................................................... 24
   17  Supplier Diversity  .......................................................... 22
   18  Conflicts Between Contract Terms  .................................... 25

PART 2 - EQUIPMENT AND TOOLS.......................................................... 26

    1   Requirements ................................................................. 26
    2   Availability ...................................................................... 26
    3   Equipment ..................................................................... 26
    4   Vehicles and Large Equipment .......................................... 26
    5   Tools ............................................................................. 28
    6   Special Equipment and Tools............................................ 28
    7   Communications ............................................................. 39
    8   Equipment Costs ............................................................ 29
    9   Decals .......................................................................... 29
   10  Parking on PG&E Owned Property ..................................... 31

PART 3 - REIMBURSEMENTS AND MARKUPS ............................................ 36

PART 4 - RENEGOTIATIONS ................................................................... 37

PART 5 - ELECTRONIC BILLING .............................................................. 40

PART 6 – CONTRACT WORK AUTHORIZATION PROCESS ........................... 45

TREES002201

No. of Pages

**GENERAL CONDITIONS** (Including Contents and Exhibits) ....................................... 31

**EXHIBITS TO THE SPECIFIC CONDITIONS**........................................................... 42

| | | |
|---|---|---|
| 1 | NOT USED | |
| 2 | NOT USED | |
| 3 | Vegetation Work Request Form ................................................................ 3 |
| 4 | NOT USED | |
| 5 | NOT USED | |
| 6 | Tree Work Authorization Form.................................................................. 1 |
| 7 | Daily Crew Sign-Out Sheet...................................................................... 1 |
| 8 | Non-Disclosure and Use of Resources and Information Agreement ............ 2 |
| 9 | Vegetation Management T&M Justification Form ......................................... 1 |
| 10 | NOT USED | |
| 11 | NOT USED | |
| 12 | NOT USED | |
| 13 | NOT USED | |
| 14 | Direct Labor Cost Breakdown .................................................................. 6 |
| 15 | Tree Pruning Renegotiation of Direct Labor Cost Breakdown ..................... 1 |
| 16 | Renegotiation of Gas and Oil .................................................................. 3 |
| 17 | Renegotiation Equipment Code Conversion Chart  ................................... 1 |
| 18 | License Agreement ………….. ................................................................ .2 |
| 19 | Vegetation Management Refusal Form.......................................................1 |
| 20 | Sample - Contract Work Authorization (CWA)…………….....……….....…1 |
| 21 | Map of PG&E System…………………………………………………....…1 |
| 22 | Limited Trademark License Agreement……………………………….....…1 |
| 23 | Tree Trimming Contractor Sample Decal ………………………..…….....…1 |
| 24 | Acknowledgement of PG&E Contractor's Specific Site Approval……………2 |
| 25 | Distribution Patrol Standard………………………………………………4 |
| 26 | Transmission Patrol Standard……………………………………………9 |

PART 1

## TREE PRUNING AROUND OVERHEAD ELECTRIC DISTRIBUTION AND TRANSMISSION LINES

1.   OVERVIEW OF WORK

1.1   GENERAL:  This Specification describes the activities of tree pruning, tree removal, and brush removal all to be completed by Contractor and required for the maintenance of PG&E overhead electric distribution and transmission lines. Contractor shall complete the Work safely and efficiently, and in accordance with All Applicable Requirements, as defined in Section 1.3, Definitions, below.  Distribution and transmission lines may include existing overbuilt transmission and/or communication lines.  Terms with initial capitals are defined in the General Conditions or in Section 1.3, Definitions, below.

1.2   PURPOSE:  The purpose of this Contract is for Contractor to prune trees and vegetation located near live electric transmission and distribution lines.  As such, the work must be performed with strict adherence to safety and legal requirements, using appropriate equipment and properly-trained and supervised personnel. Contractor must comply with all applicable laws, rules and regulations so as to keep the electric lines in compliance with clearance requirements, while minimizing the risk of wildfires, destruction of property and the environment, and loss of electric service to customers that can result when tree limbs and other vegetation come into contact with live electric lines.

1.3   DEFINITIONS:  The definitions set forth in Section 1 of the General Conditions of this Contract are incorporated herein by reference.  Definitions in addition to those in the General Conditions are as follows:

   1.3.1   All Applicable Requirements:  As defined in Section 2.2 of this Specification.

   1.3.2   Applicable Law: All federal, state and local laws, regulations, rules and requirements related to the Work under this Contract, including but not limited to CPUC General Order 95, Rule 35; California Public Resources Code Section 4293; and the requirements of the California Division of Occupational Safety and Health (Cal/OSHA).

   1.3.3   Arboriculture:  The science and practice of cultivation of trees, shrubs, and woody plants, including all aspects of growing, maintaining, and identifying plants, and removing trees.

   1.3.4   CPUC:  The California Public Utilities Commission.

   1.3.5   CWA:  Contract Work Authorization form (included as Exhibit 20 of this Specification), a PG&E requisition issued to Contractor describing Non-Routine Work to be performed.

   1.3.6   Database:  PG&E's Vegetation Management computer program designed to receive, store and issue data identifying specifics regarding trees and

brush to be worked, the location of identified trees and brush, and property owner information.

1.3.7    DBH:  "Diameter at breast height", an Arboricultural term that measures a tree's diameter at 4.5 feet above the ground.

1.3.8    Hourly Crew Rate:  Basis for pricing Work  requested by PG&E and performed by Contractor on an hourly basis.  The Hourly Crew Rate shall include all meals and meal consumption time, expenses, labor, supervision, equipment, materials, tools, and transportation necessary to complete the Work.

1.3.9    Lump Sum:  Single price for all Work requested by PG&E on a CWA and performed by Contractor.

1.3.10    Non-Routine Maintenance Work:  Tree pruning, tree and brush removal and clearing vegetation from new or relocated overhead electric lines, emergencies after normal working hours, and/or storms.  Most Non-Routine Maintenance Work will be performed on a Contractor Hourly Crew Rate basis.  However, Non-Routine Maintenance Work that PG&E identifies as local and system reliability work will be performed on a unit price basis or Contractor Hourly Crew Rate basis in accordance with the rates as set forth in the Pricing Schedule of the Contract.

1.3.11    Overtime Unit Price(s):  Prices charged for Units pruned or removed during Routine Maintenance Work performed by Contractor at the discretion of the Vegetation Program Manager.

1.3.12    Pre-Inspection:  Work performed by the Pre-Inspection Contractor identifying vegetation management tasks that must be completed around PG&E overhead electric lines so that the area will comply with All Applicable Requirements.

1.3.13    Pre-Inspection Contractor:  A third party engaged by PG&E to conduct a Pre-Inspection of the Work area.

1.3.14    Post Audit:  An audit by the Post Audit Contractor of tree pruning and tree removal Work performed by the Contractor.  The purpose of the Post Audit is to verify that the Work  is complete and complies   with All Applicable Requirements.

1.3.15    Post Audit Contractor:  A third party engaged by PG&E to conduct Post Audit inspections.

1.3.16    Routine Maintenance Work:  Work requested by PG&E that includes, but is not limited to, tree pruning, tree and brush removal, tree wrap and related Work necessary to maintain vegetation clearances around overhead electric lines in accordance with All Applicable Requirements.   Routine Maintenance Work will be performed on a unit price basis or Contractor Hourly Crew Rate basis in accordance with the rates as set forth in the Pricing Schedule of the Contract.

1.3.17    T&M:  The Time and Materials cost billing method.

1.3.18   <u>Tree Removal</u>:  As defined in Section 2.5.5, Tree Removal, of this Specification.

1.3.19   <u>Unit(s)</u>:  A measurement of Work performed, as further described in Section 2.5.3 of this Specification.

1.3.20   <u>Unit Price(s)</u>:  Prices charged for Units pruned, wrapped or removed during Routine Maintenance Work performed by Contractor.

1.3.21   <u>Vegetation Program Manager</u> or <u>VPM</u>:  PG&E's Vegetation Program Manager or his or her designated representative, which may be the Pre-Inspection Contractor.  PG&E will notify Contractor of the name, contact information, and geographic area for the VPM.  If the Work is performed in more than one geographic area, there may be more than one VPM for a Contract.  The VPM has authority to authorize Work and answer questions pertaining to vegetation management processes and details for the VPN's specific geographic area.

1.3.22   <u>Vegetation Work Request Form</u>:  The form used to assign Routine Work to the Contractor.  A copy of the Vegetation Work Request Form is attached as Exhibit 3.

1.3.23   <u>Work</u>:  The Work under this Contract includes but is not limited tree pruning, tree and brush removal, tree wrap, clearing of vegetation, and associated activities.

2.   SCOPE OF WORK

2.1   GENERAL:  Contractor shall, at its own risk and expense, perform the Work requested by PG&E hereunder.  Work may be classified as Routine or Non-Routine Maintenance Work.  Contractor shall furnish all labor, supervision, material, equipment, and transportation required to perform the Work in compliance with this Specification and the Contract.  Work to be performed consists of removing, cutting, pruning, applying tree wrap material, chemically treating, and clearing away of trees, tops, limbs, branches, and foliage on trees which interfere with, or which by reason of their location or condition may interfere with, or which will not allow sufficient clearance for, safe and proper construction, maintenance, and operation of PG&E electric distribution and transmission lines in compliance with All Applicable Requirements.

2.1.2   PRE-INSPECTIONS AND POST AUDITS:  Specific Pre-Inspection work may be assigned to the Contractor in writing by the Program Manager.  The Contractor also is expected to perform its own Pre-Inspection upon receiving a PG&E Vegetation Work Request to confirm the appropriateness of the Vegetation Work Request to comply with All Applicable Requirements.  In addition, Contractor must also perform its own post tree Work audit to confirm that it has performed all tasks required on a Vegetation Work Request in compliance with this Specification.

2.2   WORK STANDARDS.  Contractor shall perform all Work in accordance with the requirements of this Contract and each of the following requirements (collectively, "All Applicable Requirements"):

2.2.1  All Applicable Law.

2.2.2  All industry standards and procedures concerning tree pruning, tree removal and vegetation management, including but not limited to the most current version of each of the following:

- The California Department of Forestry & Fire Protection (Cal Fire) Power Line Fire Prevention Field Guide;
- American National Standards Institute (ANSI) A300 Pruning Standards;
- ANSI Best Management Practices, Tree Pruning;

2.2.3  PG&E's vegetation management standards and procedures.

Copies of the foregoing are available to Contractor from the PG&E Vegetation Program Manager  upon request.

2.2.   THE TREE PRUNING PROCESS:  Contractor shall follow the general process outlined below when performing Work:

2.2.1   Before assignment of Work to Contractor, the PG&E Pre-Inspection Contractor will identify and prescribe required tree pruning and tree/brush removal Work to be performed by the Contractor along the existing PG&E rights-of-way.  The Pre-Inspection Contractor will also notify customers that the Work will occur and will forward the description of the Work to PG&E's Vegetation Program Manager.

2.2.2   PG&E will assign work to Contractor using a Vegetation Work Request Form.  Upon receiving a Vegetation Work Request Form, the Contractor shall visit the Work site and shall inspect and evaluate the Work described in the Vegetation Work Request Form.

2.2.3   Contractor shall perform the Work and complete the Vegetation Work Request Form, either confirming that the Work has been performed as prescribed or noting any changes between the Work prescribed and the Work performed on the Vegetation Work Request Form, and shall return the completed Vegetation Work Request Form to PG&E.  Contractor shall keep a record of Time and Material (T&M) Work performed on a daily basis and submit a Vegetation Management T&M Justification Form (Exhibit 9) and a tree crew time card to the Vegetation Program Manager when the Work is invoiced.  All Routine T&M Maintenance Work shall be approved by the VPM prior to Contractor starting the Work.  Contractor shall input completed Work information electronically, within forty-five (45) days of Work completion in accordance with Part 5, Electronic Billing Data, of this Specification.

2.2.3.1   If Contractor  determines that the Work as described in the Vegetation Work Request Form does not conform to the

required clearances or does not meet All Applicable
Requirements, the Contractor must notify the VPM in writing.

2.2.4   PG&E may request that new Work be assigned in an area, that Work
assignments be reduced, and/or request that Work assignments be
shifted.  If this will result in the Routine Maintenance Work already
ordered not being done according to schedule, Contractor must inform
the Vegetation Program Manager immediately upon receiving PG&E's
request to modify Work assignments, and the VPM will determine if
Routine Maintenance Work at Overtime Unit Prices is required to
complete current Work.  If Work to be done is determined by the VPM not
to require overtime, Work must be completed as Routine Maintenance
Work and will be paid at standard Unit Prices.  If Work to be done is
determined by the VPM to require overtime, Work will be completed as
Routine Maintenance Work and paid at Overtime Unit Prices set forth in
the Contract.

2.2.5   Upon arrival at the jobsite and prior to starting Work, the Contractor's
crew shall attempt a courtesy notification to the property occupant that
Work will be performed.   If property owner will not allow Contractor to
perform Work prescribed on the Vegetation Work Request Form,
Contractor shall complete the Vegetation Management Refusal Form
(attached as Exhibit 19) and return the form to the Pre-Inspection
Contractor promptly as directed by the VPM.

2.2.6   Contractor shall perform the Work only at locations identified on the
Vegetation Work Request Form, including any necessary customer
notification and obtaining any required permission, if such has not already
been obtained.  It is the Contractor's responsibility to note any changes to
the Work prescribed on the completed Vegetation Work Request Form
returned to PG&E, if requested by the VPM detailing any added Work.
Any tree to be removed must be authorized by the Vegetation Program
Manager or have a Notice of Tree Work Form (attached as Exhibit 6) and
signed by the customer or the VPM.

2.3   RELATIONSHIPS:

2.3.1   Contractor shall establish and maintain positive, cooperative relationships
with all persons and entities connected to the Work, including but not
limited to the following.  Contractor shall maintain direct contact with local
PG&E operating personnel as needed or directed by the Vegetation
Program Manager.  Contractor shall maintain direct contact with t Pre-
Inspection Contractor and Post Audit Contractor to ensure coordination.
Contractor shall maintain a relationship with all public agencies, including
California Department of Transportation (CALTRANS), California
Department of Forestry and Fire Protection (CalFire), United States
Forest Service (USFS), and Bureau of Land Management (BLM)
representatives in the Contractor's assigned area(s) to ensure smooth
and conflict-free  interfaces with these agencies when Work  is performed

TREES002207

within their jurisdiction.  Contractor is responsible for the timely resolution of customer complaints, and Contractor's performance will be judged, in part, on demonstrating positive and effective customer contact skills.

2.3.2    CONTRACTOR/PG&E ALLIANCE:  PG&E and Contractor management will meet on a regular basis to review the performance by each party in supporting the agreed upon goals and to identify best practices and implement their use throughout Contractor's Work areas.

2.3.3    TREELINE USA:   Contractor shall provide the following information to PG&E by October 15th of each year for inclusion in PG&E's TreeLine USA application:

2.3.3.1    The number of "Pruning Trees Near Electric Utility Lines:  A Field Pocket Guide for Qualified Line Clearance Tree Workers" in use for the applicable year.  If a different field pocket guide is used, Contractor shall provide a copy of the guide and the number in use.

2.3.3.2    A statement that the field guide is available at every Work site.

2.3.3.3    A copy of the agenda, date(s) and location(s) of worker training for ANSI pruning standards and the pocket field guide utilized by Contractor.

2.3.3.4    The name, title, and qualifications of the trainer for pruning practices.

2.4    TYPES OF WORK:  Work under this Contract will be either Routine Maintenance Work or Non-Routine Maintenance Work, and payment to Contractor shall be calculated on the basis of the type of Work performed.

2.4.1    Routine Maintenance Work:  Contractor shall be bound by the Unit Prices negotiated for pruning or removing Units which, when accepted by PG&E, shall become a part of the Contract.

2.4.2    Tags:   Tags will be performed by the Contractor and will be billed by Contractor on a Unit Price unless directed by Vegetation Program Manager to bill at T&M.

2.4.3    Non-Routine Maintenance Work:  Contractor shall be bound by its Hourly Crew Rates negotiated for labor and equipment, which when accepted by PG&E shall become a part of the Contract.

2.4.4    CPR and First Aid Training:  PG&E will reimburse Contractor for actual labor costs incurred for Contractor's employees performing Work under this Contract to attend training required to obtain and maintain a current card or certificate of completion of first aid and CPR training. Reimbursement for any training materials or any other type of safety

training is not included.  Contractor shall submit a manual invoice monthly to PG&E's Vegetation Management Department Planning Manager listing the following:

- Employee name
- Whether employee is a certified arborist; and if so, include certification number
- Type of training (first aid or CPR)
- Date of training
- Duration of training (in hours)
- Location of training
- Employee's hourly wage (including payroll taxes and any other associated costs but excluding profit)

2.5    STANDARDS FOR WORK:  Contractor shall diligently perform all Work in a proper, appropriate and professional manner, in accordance with All Applicable Requirements and  approved principles of modern Arboriculture.

   2.5.1    The Contractor shall perform the Work so as to obtain the vegetation line clearances prescribed in the Vegetation Work Request Form and in compliance with All Applicable Requirements,  while taking into consideration the effect of pruning on the health and appearance of the tree and PG&E's legal rights and/or clearance requirements.

   2.5.2    Contractor shall perform all Work in accordance with All Applicable Requirements, including but not limited to ANSI A300 Pruning Standards and "Best Management Practices - Utility Pruning of Trees – Special Companion Publication to the ANSI A300 Part 1: Tree, Shrub, and Other Woody Plant Maintenance – Standard Practices, Pruning."  Contractor shall be responsible for obtaining and maintaining one copy of each of these publications with each crew and ensure each crew member knows, understands and practices these pruning standards.

   2.5.3    A "Unit" shall be Work performed in any one of the tree and brush categories listed below.  For all Units of Work, any cut tree parts less than 4 inches diameter shall be chipped and removed from the site unless otherwise directed by PG&E.  Contractor shall incur a processing charge of ▮▮▮▮ for each Work location which incorrectly reports the number of Units satisfactorily completed.

       2.5.3.1    Tree Pruned:  For tree pruning purposes, a tree qualifying for "Tree Pruned" status is defined as a plant with at least one stem that is four (4) inches or larger DBH and where final cuts are made above four and one-half (4.5) feet above the ground.  Multiple stems originating from the same common root crown are considered as one (1) tree.  If there is no visible connecting wood, the following process is used to determine Unit count: Place a 6-inch measuring device between two stems of same species at ground level.  If the measuring device touches bark to bark or does not fit between

stems at ground level, stems are counted as one Unit.  In all cases, the duff layer should be brushed away but soil should be undisturbed. DBH of a prune is considered to be the sum of the DBH of all individual stems.  Any plant less than four (4) inches DBH shall be reported as brush. A single tree with a combination of stems both greater than and less than 4 inches is still one tree for billing purposes. Tree work where the final cuts are made at or below four and one half (4.5) feet from the ground is considered a removal.  Any limbs that are four (4) inches or larger may be left on site after all branches less than four (4) inches are removed from the limb.  Contractor assist trees (a tree within ten (10) feet of the primary distribution or transmission lines that must be cleared so that a third party can perform work on the tree) qualify as a Tree Pruned.  Tree Pruned shall be considered Routine Maintenance Work.

2.5.3.2  <u>Tree Removed - Category 1</u>:  For Tree Removal purposes, a tree qualifying for "Tree Removed - Category 1" status shall be defined as being a plant with at least one stem that is at least four (4) inches in diameter and less than twelve (12) inches DBH and where final cuts are made at or below four and one-half (4.5) feet from the ground.  For multi-stemmed or multi-branched trees, the sum of the actual DBH of each stem or branch taken at four and one half (4.5) feet determines the removal category (Brush, R1, R2, R3 or R4).  Any plant less than four (4) inches DBH shall be reported as brush. Multiple stems less than four (4) inches DBH shall be considered brush. A single tree with a combination of stems both greater than and less than 4 inches is still one tree for billing purposes. Unless specified otherwise in Tree Work Authorization Form, any limbs that are four (4) inches or larger may be left on site after all branches less than four (4) inches are removed from the limb.   Unless specified otherwise in Tree Work Authorization Form, all stumps should be left as close to the ground as possible.  Tree Removed - Category 1 shall be considered Routine Maintenance Work.

2.5.3.3  <u>Tree Removed - Category 2</u>:  For Tree Removal purposes, a tree qualifying for "Tree Removed - Category 2" status shall be defined as being a plant with at least one stem that is at least twelve (12) inches in diameter and less than twenty four (24) inches DBH and where final cuts are made at or below four and one-half (4.5) feet from the ground.  For multi-stemmed or multi-branched trees, the sum of the actual DBH of each stem or branch taken at four and one half (4.5) feet determines the removal category (Brush, R1, R2, R3 or R4). A single tree with a combination of stems both greater than and less than 4 inches is still one tree for billing purposes. Unless specified otherwise in Tree Work Authorization Form, any limbs that are four (4) inches or larger may be left on site after all branches less than four (4) inches are removed from the limb.

Unless specified otherwise in Tree Work Authorization Form, all stumps should be left as close to the ground as possible.  Tree Removed - Category 2 shall be considered Routine Maintenance Work.

2.5.3.4   Tree Removed - Category 3:  For Tree Removal purposes, a tree qualifying for "Tree Removed - Category 3" status shall be defined as being a plant with at least one stem that is at least twenty four (24) inches in diameter and less than thirty six (36) inches DBH and where final cuts are made at or below four and one-half (4.5) feet from the ground.  For multi-stemmed or multi-branched trees, the sum of the actual DBH of each stem or branch taken at four and one half (4.5) feet determines the removal category (Brush, R1, R2, R3 or R4). A single tree with a combination of stems both greater than and less than 4 inches is still one tree for billing purposes. Unless specified otherwise in Tree Work Authorization Form, any limbs that are four (4) inches or larger may be left on site after all branches less than four (4) inches are removed from the limb.   Unless specified otherwise in Tree Work Authorization Form, all stumps should be left as close to the ground as possible.  Tree Removed - Category 3 shall be considered Routine Maintenance Work.

2.5.3.5   Tree Removed - Category 4:  Trees thirty-six (36) inches DBH or larger shall be removed on an Hourly Crew Rate basis. For Tree Removal purposes, a tree qualifying for "Tree Removed - Category 4" status shall be defined as being a plant with at least one stem that is at least thirty six (36) inches DBH and where final cuts are made at or below four and one-half (4.5) feet from the ground. For multi-stemmed or multi-branched trees, the sum of the actual DBH of each stem or branch taken at four and one half (4.5) feet determines the removal category (Brush, R1, R2, R3 or R4). A single tree with a combination of stems both greater than and less than 4 inches is still one tree for billing purposes. Unless specified otherwise in Tree Work Authorization Form, any limbs that are four (4) inches in diameter or larger may be left on site after all branches less than four (4) inches in diameter are removed from the limb.   Unless specified otherwise in Tree Work Authorization Form, all stumps should be left as close to the ground as possible. Tree Removed - Category 4 shall be considered Routine Maintenance Work.

2.5.3.6   Brush Cut/Removed:  Any plant or group of plants that do not qualify as a tree pruned or removed as defined above shall be reported as units of brush.  The portion of plant material to be removed will qualify as contributing to a unit.  One unit of brush shall be defined as ten (10) cubic yards (270 cubic feet, i.e., a space represented by a cube which is 6.5 feet in all dimensions) of standing plant material.  For reporting purposes, units will be

identified in increments of 1/10th.  Brush Cut/Removed shall be considered Routine Maintenance Work.

2.5.3.7  <u>Tree Wrap</u>:  When included in the Contract, applying a covering over a section of central tree trunks and/or branches with the intent of the tree maintaining compliance for a minimum of one additional routine or biannual prune cycle in accordance with PG&E Vegetation Management Standards and Procedures.  Contractor shall provide material (Squirrel Wrap, a Buzzline product, PG&E Code 56-0336, or equivalent).   Contractor will be reimbursed for applying the tree wrap material in accordance with the rates set forth in the Pricing Schedule of the Contract.  Tree Wrap shall be considered Routine Maintenance Work.

2.5.3.8  <u>Facility Protection Work (Prunes and Removals)</u>:  Facility Protection Work is performed to address tree failure -- not tree growth -- when any tree or portion of a tree has the potential to fail and come into contact with high voltage conductors as defined in the PG&E Vegetation Management Standards and Procedures. Unless specified otherwise in Tree Work Authorization Form (Exhibit 6), any limbs that are four (4) inches in diameter or larger may be left on site after all branches less than four (4) inches in diameter are removed from the limb.  Contractor will be reimbursed in accordance with the Unit Prices set for in the Pricing Schedule of the Contract.  These prices shall apply whether the Work is performed by Contractor or a Subcontractor.  Facility Protection Prunes and Removals shall be considered Routine Maintenance Work.

2.5.3.9  <u>Cage Clearing</u>:  Cage Clearing is Work performed to keep transmission structures and footings clear of woody vegetation. Cage Clearing does not include Work performed to meet California Public Resource Code §4292.  Unless specified otherwise in Notice Of Tree Work  Form, all Work shall be performed as set forth in the VM Cage Clearing Procedure.  When Cage Clearing Unit Prices are set forth in the Pricing Schedule of the Contract, Contractor will be reimbursed in accordance with the Unit Prices set forth in the Pricing Schedule of the Contract.  When Cage Clearing Unit Prices are not included in the Pricing Schedule, Work will be assigned to Contractor as a tree/brush prune or removal.

2.5.4  <u>Pruning Procedures</u>:  Where limbs of trees encroach the PG&E distribution and transmission lines in the right-of-way or easement either as prescribed by PG&E on a Vegetation Work Request Form or upon observation by the tree pruning Contractor.  Pruning shall be performed as defined in Sections 2.2 and 2.5.2 of this Specification and in accordance with the following standards:

2.5.4.1    Overhanging branches on distribution shall be worked as described in the VM Distribution Patrol Standard.  Overhanging branches on transmission shall be worked as described in the VM Transmission Patrol Standard.

2.5.4.2    Palm fronds and flower stock shall be removed as close to the trunk as possible to achieve a neat appearance or as directed by Vegetation Program Manager.  Shaping, stripping and removing frond attachments are not part of this Contract.

2.5.4.3    The clearance requirements set forth by PG&E on the Vegetation Work Request Form and all regulatory requirements and/or PG&E Vegetation Management Standards and Procedures shall be considered as the minimum clearance PG&E will accept before Work shall be considered sufficient.

2.5.4.4    Climbing spurs or gaffs should not be used when pruning trees unless the branches are more than a throw-line distance apart. In such cases, the spurs should be removed once the climber is tied in.  Climbing spurs may be used where a worker's safety may be jeopardized by free climbing.

2.5.4.5    When PG&E, in its sole discretion, determines that completed work is unsatisfactory, Contractor shall re-perform the Work to PG&E's satisfaction at Contractor's expense and with no impact to the schedule of other Work being performed by Contractor. Rework may include, but is not limited to re-pruning of trees, reduction in stump height, and reapplication of tree wrap.  Trees re-pruned at Contractor's expense shall not be counted as a Unit of Work.

2.5.4.6    During emergency and other urgent circumstances, Contractor shall leave all wood, brush and debris on site in accordance with PG&E Vegetation Management Standards and Procedures.

2.5.5    <u>Tree Removal</u>:  The removal of a tree shall be defined as cutting and falling of a tree in a safe manner and either leaving the fallen tree intact at the site or removing all branches from the tree, chipping and either leaving brush at the site or removing as prescribed on the Notice Of Tree Work Form, and cutting the remaining wood into manageable lengths, as prescribed on the Notice Of Tree Work Form, to be left at the site.

2.5.5.1    For tree species that could re-sprout, Contractor shall kill the stump by applying a chemical treatment immediately after removing trees, unless prohibited by Applicable Law and as prescribed on the Tree Work Authorization Form.  Multiple chemical applications may be required to kill stump(s).  Stump resprout shall be removed after each chemical treatment except those locations treated with a foliar application.  This Work shall

be considered Routine Maintenance Work and shall be included in the removal Unit Price or Hourly Crew Rate to perform the Work.  Chemical treatments shall be applied in accordance with Section 3.8.3, Use of Chemicals, of the General Conditions.

2.5.5.2   Where chemical stump treatment is not feasible or permissible, Contractor shall promptly notify the Vegetation Program Manager and at the discretion of the VPM, the Contractor may be required to return to the stump to treat it by other means such as stump grinding.  This Work will be considered to be Non-Routine Maintenance Work and shall be performed on an Hourly Crew Rate basis.

2.5.5.3   Gas Facilities:  Some transmission line rights-of-way or corridors may contain gas lines under the conductors.  Trees are to be felled so that any tree over eight (8) inches in diameter will land at least 8 feet away from any gas line.  However, Contractor will fall any tree across the gas lines at its own risk.  Repair of any damage caused by or to PG&E's facilities resulting from Contractor's operations shall be at Contractor's sole expense.

2.6   Contractor shall appropriately dispose of all wood chips generated during the course of Work unless directed otherwise on the Vegetation Work Request.

2.7   Contractor shall comply with all recommended and/or appropriate sanitation requirements to mitigate or eliminate the spread of tree pathogens, diseases, etc.  Sanitation requirements can include, but are not limited to, disinfecting tools, special handling of tree waste and special work requirements related to stopping the spread of Dutch Elm Disease, Pine Pitch Canker, Sudden Oak Death, etc.

2.8   Contractor may be required by PG&E to perform emergency or storm-related tree Work at any time.  This is Non-Routine Maintenance Work that will be paid on an Hourly Crew Rate basis.  If required to perform such emergency or storm related Work, Contractor shall ensure that all labor, materials, and equipment necessary to perform such Work shall be available within two (2) hours of PG&E's notification to Contractor that such services are required.  Contractor shall be required to ensure that crews have suitable lighting, e.g., spotlights, flashlights, etc., to perform the Work safely.  Contractor shall ensure, at all times, that crew members have suitable protective clothing for work in inclement weather.

2.9   Contractor shall submit a list with names and phone numbers of all of its job supervisors for the purpose of emergency callout and the preferred order of callout.  Such list shall be distributed either by fax or mail by the Contractor to the Vegetation Program Manager.  Contractor must ensure that employees who are listed are available when called.  Such lists must be kept current during the term of the Contract.

2.10   Contractor may contact the Vegetation Program Manager to inquire about leasing space on PG&E property for Contractor's use as base(s) of operation for Work under this Contract.

2.11   <u>Quality Assurance</u>:  Contractor is responsible for the quality of the Work performed under this Contract.  Neither the making nor the failure to make inspection by PG&E or the expressed or implied approval by PG&E of any part of the Work shall relieve the Contractor of its responsibility to complete and guarantee the Work as specified.

2.12   <u>Customer Relations</u>:

　　　2.12.1   Contractor shall be responsible for positive public relations during the course of performing Work under this Specification.  Contractor shall ensure that its employees comply with good public relations requirements which shall include, but not be limited to the following:

　　　　　　2.12.1.1   Clothing shall be appropriate for the type of Work performed.

　　　　　　2.12.1.2   The Contractor shall ensure that the conduct of its employees is appropriate and professional.

　　　　　　2.12.1.3   Contractor employees shall give accurate information to customers and all property owners.

　　　　　　2.12.1.4   Contractor employees shall immediately report any property damage or customer complaints to their supervisor to ensure prompt follow-up and action by Contractor.

　　　　　　2.12.1.5   All damages to PG&E facilities, incidents involving power outages, significant property damages, estimated over $500, and customer complaints shall be reported to the Vegetation Program Manager immediately.  Contractor shall be responsible for all costs associated with PG&E facility restoration as a result of Contractor Work.

2.13   <u>Contractor Identification Card</u>: PG&E will provide a PG&E contractor identification card to all Contractor employees for use during the course of performing Work under this Contract.  In addition, Contractor shall be responsible for issuing and maintaining its own company Contractor identification cards for its employees during the course of performing Work under this Contract, and for collecting both identification cards from terminated employees or employees no longer working on the PG&E Contract.

　　　2.13.1   Contractor identification card shall include the following information:

　　　　　　2.13.1.1   Name of Contractor employee

　　　　　　2.13.1.2   Photo of Contractor employee

2.13.1.3   Name of Company (Contractor)

2.13.1.4   Contractor employee identification number

2.13.1.5   Job title/classification

2.13.2   The PG&E Contractor identification card shall be available to the Contractor employee at the start of performing Work under this Contract.  Contractor employees shall carry and outwardly display an identification card at all times during the course of performing Work under this Contract and as requested shall show identification card to property occupants prior to entering any premises to perform Work.

2.13.3   When identifying themselves to customers, the Contractor's employees shall not portray themselves as employees of PG&E.

3.   CONTRACTOR  REPORTS

3.1   When requested by the Vegetation Program Manager, Contractor shall provide a weekly log of daily crew activity for each Contractor maintenance yard or location specified by the Vegetation Program Manager, listing the daily Work location(s) for each crew.  Contractor shall use the Daily Crew Sign Out Sheet in the form specified in Exhibit 7 to furnish this information.

3.2   When requested by the Vegetation Program Manager, Contractor shall furnish the VMP a weekly report, showing the number of trees worked by project VPM.  Contractor shall meet with the VPM as directed, to discuss status of Work progress on the circuits.

4.   DISCLOSURE OF INFORMATION:  Contractor shall not disclose directly or indirectly, whether orally, in writing, or through any medium, any information about the Work, including but not limited to cost, scope or scheduling of tree pruning work obtained by Contractor in the performance of this Contract, to any third party, person, entity or the public at large, without the prior written approval of PG&E.  Cost, scope and scheduling information obtained by Contractor and its employees shall only be used for the purpose of providing services or Work to PG&E under this Contract.  Contractor shall sign a Nondisclosure and Use of Resources and Information Agreement, attached hereto as Exhibit 8.

5.   LABOR CLASSIFICATIONS:  Contractor shall provide, at a minimum, the following personnel (broken into labor classifications) in accordance with the following requirements for safe, efficient and economical performance of this Contract:

5.1   Field Supervisor (FS):  Contractor shall assign a Field Supervisor to manage tree crews in a particular area.  The Field Supervisor shall  work with the Vegetation Program Manager to determine the most efficient utilization of crews in their area and to manage and report crew progress.

5.1.1   Experience:  An FS shall have a minimum of five (5) years' experience in line clearance tree work and have been a qualified line clearance tree worker.  Equivalent experience may be acceptable at the discretion of the Vegetation Program Manager.  The FS shall be familiar with the Contractor's work practices, PG&E's Specification, and all applicable legal and regulatory requirements relating to the Work required.

5.1.2   Basic Responsibility:  In addition to the above, an FS is responsible for the safe, efficient, and economic utilization of manpower, equipment, tools, and material required to prune and remove any trees around or in proximity to electric distribution and transmission and/or communication facilities in his/her area.  An FS is required to keep current with new arboricultural practices and ensure that his/her employees receive up-to-date training in any new techniques or practices.

5.2   Foreman (FM):  Contractor shall assign a  Foreman to manage at one or more  tree crews in a particular area.

5.2.1   Experience:  The FM shall have a minimum of eighteen (18) months experience in line clearance tree work and is a qualified line clearance tree worker; shall be capable of climbing and possess a valid certification document issued by Contractor.  Equivalent experience may be acceptable at the discretion of the Vegetation Program Manager.  The FM shall be familiar with the Contractor's work practices, PG&E's Specification, and all applicable legal and regulatory requirements relating to line clearance work and fire prevention related to the Work and use this knowledge to direct his/her crew(s).

5.2.2   General Duties:  The FM is responsible for the safe execution and quality of the assigned Work of his/her crews; the actions of Contractor's crews under his/her direction; caring for the equipment used by his/her crews; proper filing of required reports to the FS; providing instruction and training to his/her assigned crews; and serving as Contractor's contact with the general public when necessary.

5.3   Patrolman (PT):

5.3.1   Experience:  A PT shall, by reason of his or her training and/or experience, and demonstrated through his or her performance, be familiar with the requirements of line clearance tree pruning and possess good customer contact skills.

5.3.2   General Duties:  The PT shall patrol assigned areas in advance of tree crew Work to identify hazardous conditions and document information for the Contractor's crews.  The PT shall notify property owners of Work to be performed pursuant to this Specification and give them a timeframe of when Contractor crews will be at their location.

5.4     Climber (CL):

5.4.1     Experience:  A CL shall have a minimum of eighteen (18) months experience in line clearance tree work, possess a valid certification document issued by Contractor and have met the state approved training requirements to work within ten (10) feet of energized conductors.  The CL shall be familiar with the Contractor's work practices and requirements related to line clearance work.

5.4.2     General Duties:  The CL shall have the ability to perform all phases of tree pruning and pruning in proximity to energized conductors.  The CL shall know and understand all applicable state and federal regulations, including safety, and command the use of tools and equipment associated with approved tree pruning requirements and practices.

5.5     Apprentice Climber (AC):

5.5.1     Experience:  An AC shall have a minimum of three (3) months experience as a Groundman.  An AC shall be defined as a tree worker undergoing on-the-job training and shall have demonstrated the ability to perform his or her duties safely and in accordance with applicable state and federal regulations.  At the conclusion of the eighteen (18) month apprentice climber classification, and upon completing all the requirements of the state and federal regulations, an AC may be moved to the CL classification and billed at that rate.

5.5.2     General Duties:  See CLIMBER, Paragraph 5.4.2.

5.6     Groundman/Flagman (GM):

5.6.1     Experience:  A GM shall be defined as a crew member other than a PT, CL or AC working under the direct supervision of the FM.

5.6.2     General Duties:  The GM performs duties under the direct supervision of the foreman such as, but not limited to, brushing, raking, digging, loading brush, clearing rights-of-way and controlling traffic.

6.     SCHEDULING OF WORK:

6.1     PG&E shall assign Routine Maintenance Work to Contractor via a Vegetation Work Request Form.  Vegetation Work Request Forms may be given to Contractor individually or grouped by circuit; PG&E's goal is to issue Work grouped by circuits to the extent reasonably possible.

6.2     Work schedule will be based on a circuit prioritization schedule developed by the Vegetation Program Manager in each area and is tracked in the VM PMD (Project Management Database).  This circuit prioritization schedule will be updated to be

kept current throughout the year; and the Vegetation Program Manager will share this information, as well as all updates, with the Contractor as they are developed.

6.3   The number of trees to be pruned or removed and the amount of brush Units to be removed will be determined by the PG&E Pre-Inspection Contractor and given to the Tree Contractor via a Vegetation Work Request Form.  If the Contractor has any disagreement with these quantities, it must notify the Vegetation Program Manager and follow the PG&E Vegetation Management Standards and Procedures for adding trees, described in Section 8, Work Pre-Inspected by Another Party, of this Specification.

7.   CREW DESIGN:

7.1   When Contractor is performing Routine Maintenance Work under this Contract, the crew make-up is determined by Contractor. The Contractor will have the flexibility of designing crew and equipment complement to maximize productivity and to address the Work at hand.  The Contractor shall size a crew economically for a particular job and group crews where possible in order to gain maximum efficiency.

7.2   When performing Non-routine Maintenance Work, the Vegetation Program Manager shall approve Contractor crew make-up and size prior to Work being performed.

7.3   Work may be re-assigned from Routine to Non-Routine and visa-versa, as directed by PG&E.  If Work is re-assigned, the Vegetation Program Manager will determine whether Work is Routine or Non-Routine Maintenance Work and this will determine whether Contractor will be paid by Unit Price or Time and Material for the Work to be done.

7.4   For any Work to be performed on a Time and Material basis, Contractor shall initiate a Vegetation Management T&M Justification Form  and obtain PG&E's approval prior to starting the Work.

8.   WORK PRE-INSPECTED BY ANOTHER PARTY

8.1   For Work to be performed by Contractor that has been pre-inspected by another party, PG&E shall provide a Vegetation Work Request Form to the Contractor when the Work is assigned to the Contractor.

8.1.1   Contractor shall perform the Work only at locations identified on the Vegetation Work Request Form, including any necessary Notification of customers and obtaining any required Permission, if such has not already been obtained.

8.1.2   Contractor shall note any changes to the original prescription on the completed Vegetation Work Request Form.  The Tree Trimming Supplement form will compile all trees added by the Contractor during a one week period and must be completed and returned to the Vegetation Program Manager weekly.  Any removals added by Contractor must be in accordance with PG&E Vegetation Management Standards and

Procedures and must have a Notice Of Tree Work Form signed by the customer.  Customer permission for added trees, if required, shall be obtained by Contractor.

8.1.3  Contractor shall note on the Vegetation Work Request Form any suggestion or recommendation made by Contractor and disallowed by the Vegetation Program Manager.

9.  POST-AUDIT OF WORK

9.1  Should an audit performed by PG&E or Post Audit Contractor of Contractor's Work show that such Work was not performed in accordance with the Vegetation Work Request Form and All Applicable Requirements, Contractor shall re-perform, or otherwise complete such Work at no additional cost to PG&E and with no impact to the schedule of other Work being performed by Contractor.  PG&E shall notify the Contractor in writing with the audit findings to be re-performed or corrected.

9.2  Failure of the Contractor to refute audit findings in writing within five (5) business days of notification will constitute acceptance of the audit findings, and Contractor will accept responsibility for correction or re-work.  Contractor is responsible for all such Work to be re-performed, including but not limited to the costs of having the Work reassigned by PG&E and performed by a third party contractor.

9.3  This re-work shall be completed within 21 days of notification; provided, however, that if, in the opinion of the Vegetation Program Manager, the required re-work causes PG&E to be out of compliance with any laws or regulations or is a safety hazard, that Work shall be completed by the Contractor within 24 hours of notification.  Contractor must complete all items listed to be corrected or re-performed by the required date and shall notify PG&E in writing within five (5) work days of completing the Work or re-performing or correcting deficient Work.

9.4  If a significant part of the audited Work does not meet compliance standards in PG&E's sole determination, PG&E may order a greater audit sampling of Work. Any costs associated with this additional auditing will be borne by Contractor. These costs shall include, but not be limited to, the cost of having a third party contractor perform the Post Audit and PG&E time to evaluate the audit, including associated overheads.

10.  SAFETY PRECAUTIONS

10.1  Contractor shall have an ongoing Safety Training Program for its employees assigned to this Contract.  Compensation for Safety/First Aid meetings shall be included in the Unit Prices and the labor component of the Time and Material bid by Contractor that, when accepted by PG&E, shall become a part of the Contract.  The one exception is for annual CPR/First Aid Training identified in Section 2.4.4.

10.2  Contractor Site Safety and Health

10.2.1  The safety and health items listed in this section have been identified as possible risks that may be encountered in performing Work under this

Contract.  <u>The items listed below do not cover all possible risks</u>.  The Contractor is responsible for evaluating all aspects of the Work, including site risks, minimizing or eliminating exposure to those risks, and completing the Work in a safe manner.

10.2.2   PG&E's receipt of Contractor's emergency action plan, safety plan, environmental plan or any other safety and health related information does not imply that PG&E endorses the plan.  Contractor is solely responsible for performing the Work in compliance with all federal, state, local, or other rules and regulations that apply to the Work under this Contract.

10.2.3   Possible risks include but are not limited to the following:  Underground/overhead utilities, overhead obstructions, noise, bees, wasps, snakes, spiders, poison oak/ivy, heat illness, vehicular traffic, and pedestrian traffic are present for this Work and aerial lifts, chemicals, clearance procedures, hard hats, eye protection, ear protection, and driving are required for this Work.  Contractor shall take all precautions necessary to protect all persons (employees of Contractor and PG&E, and third parties, including members of the public), and property (of Contractor, PG&E and third parties) from exposure to these risks.  At a minimum, Contractor must comply with all federal, state, local, Cal OSHA or any other regulations that apply to the Work.

## 11.   NON-ROUTINE MAINTENANCE WORK

11.1   Non-Routine Maintenance Work will be paid for on a Time and Materials basis and subject to the following requirements:

11.1.1   PG&E will not directly pay for time spent on nonproductive activities performed during Non-Routine Maintenance Work.  Examples include meal consumption time and expenses, fueling and servicing equipment and picking up or delivering mail, supplies, vehicles or equipment.

11.1.2   Travel Time:

11.1.2.1   Travel time to first job location from Contractor's yard and travel time from last job location to Contractor's yard is considered part of the Work.

11.1.2.2   Travel time to and from Contractor's yard is limited to one hour per day.  Prior written authorization by Vegetation Program Manager is required for travel time over one hour per day.

11.1.2.3   Travel time between job sites is billable under this Specification on a Time and Materials basis.

## 12.   FIRM UNIT PRICE

12.1   Contractor shall be bound by its firm Unit Prices (both straight time and overtime) and Hourly Crew Rates for Routine Maintenance Work.  Under this Specification,

Work Units, as defined in Section 1.3, Definitions and paragraph 2.5.3 will be used by PG&E to assign and verify completed Work.  All Work under this Specification shall be considered Routine Maintenance Work with the exception of Work set forth in Paragraph 2.4.3 and defined as Non-Routine Maintenance Work.  Completed Routine Maintenance Work will be invoiced and paid on a firm Unit price or Hourly Crew Rate basis in accordance with the Contract.

12.2   Non-Routine Maintenance Work will not be included in the calculations for firm Unit Prices.  Contractor shall be reimbursed on an Hourly Crew Rate basis for all Non-Routine Maintenance Work performed under this Specification as defined in Section 1.3 of Definition and paragraph 2.4.3.

12.4   Firm Unit Prices and Hourly Crew Rates shall be firm for the first year of the Contract and thereafter may be re-negotiated in accordance with Part 4, Renegotiations, of the Specification.

12.5   Contractor shall track Units on a daily basis and turned into Vegetation Program Manager or designated Database Management Specialist weekly.

13.   HOURLY CREW RATE BASIS:  All Non-Routine Maintenance Work as defined in paragraph 2.4.3 performed by the Contractor under this Specification shall be billed on an Hourly Crew Rate basis.  Contractor must obtain preapproval from PG&E prior to performing Work on an Hourly Crew Rate basis.

14.   PG&E INSPECTIONS:  PG&E has the right, but not the obligation, to inspect and approve all materials and workmanship pertaining to this Specification and the Work.  The Contractor shall cooperate with the designated Vegetation Program Manager to schedule PG&E inspections.

15.   JOBSITE CONDUCT

15.1   No person shall keep firearms, bows and arrows, any projectile firing implements or any type of explosives on their person or in their vehicle.

15.2   Contractor shall not allow any Subcontractor, agent or employee, to become a nuisance or commit any act of vandalism on the premises or lands in the vicinity of any Work.

15.3   Contractor, its agent(s), employees and Subcontractors shall abide by the PG&E Drug and Alcohol Abuse Policy set forth in the General Conditions.  This policy is part of this Contract and must be part of any Subcontract issued by the Contractor.  This policy applies to all jobsites and locations on which Contractor or Subcontractor has crews.

15.4   Violations of the above Paragraphs 15.1 through 15.3 by any person will be grounds for removal from work at any jobsite in accordance with the General Conditions.

16.   CONTRACT SCHEDULE

16.1   PG&E will notify Contractor no later than 60 calendar days prior to the current Contract expiration date as to whether or not the Contract will be extended.

## 17.   SUPPLIER DIVERSITY

17.1   Contractor shall submit to PG&E, in writing, a subcontracting plan in accordance with the requirements of Attachment 1, Diversity and Equal Opportunity, of the General Conditions, that sets forth how Contractor will contribute to PG&E's goals of purchases with women, minority and disabled veteran-owned business enterprises (WMDVBEs) and Lesbian, Gay, Bisexual, and Transgender Business Enterprises (LGBTBEs).

17.2   Contractor will make maximum good faith efforts to assist PG&E meet its goals. Contractor shall set forth goals it deems to be appropriate for this Contract.  These goals should represent percentages that are attainable for this Contract but will require aggressive efforts on the part of the Contractor.

17.3   In addition to the subcontracting plan, Contractor shall provide to PG&E a list of verified WMDVBEs and LGBTBEs that it expects to do business with during the term of this Contract and shall submit this information to PG&E.

17.4   Primary verification of WMDVBEs shall be the CPUC Clearinghouse and comparable agencies.  CPUC Clearinghouse comparable agencies are as follows:

- National Minority Supplier Development Council (NMSDC) and affiliates
- Women's Business Enterprise National Council (WBENC) and affiliates
- U.S. Small Business Administration (SBA) (8a or SDB Programs Only)

LGBTBEs must be verified pursuant to the procedures prescribed by The National Gay & Lesbian Chamber of Commerce®.

17.5   Contractor shall provide monthly reports to PG&E, showing total dollars Contractor has spent with WMDVBEs  and LGBTBEs pursuant to this Contract no later than the 15th of each month by inputting subcontracting spending into PG&E's Supplier Diversity Management System (SDMS).

## 8.   CONFLICTS BETWEEN CONTRACT TERMS

18.1   Should a conflict exist between the General Conditions and the Specification, the Specification shall control.  Should a conflict exist between the Specification or General Conditions and the Exhibits, the Specification and General Conditions shall control.  Should a conflict exist between the Specification and applicable federal, state, or local law, rule, regulation, order or code; the law, regulation, order or code shall control.  Varying degrees of stringency among the General Conditions, Specification, Appendices, exhibits, laws, rules, regulations, orders, or codes are not deemed conflicts, and the most stringent requirements shall control.  Contractor shall immediately notify PG&E of any conflicts immediately upon becoming aware thereof.

End of Part 1

**PART 2**

**EQUIPMENT AND TOOLS**

1.   REQUIREMENTS

   1.1   Contractor shall provide a variety of equipment and tools to complete the Work required under this Contract.  Contractor is responsible for providing the correct tools and equipment to perform Work safely, efficiently and at the lowest cost.  Contractor is also responsible for the reliability and maintenance of its tools and equipment.

   1.2   All equipment capable of traveling over roads, highways and rights-of-way under its own power, and utilized for Work under this Specification, including but not limited to pickup trucks, dump trucks, lift trucks and any other equipment, shall be clearly marked with Contractor's name or logo.

2.   AVAILABILITY

   2.1   It shall be Contractor's responsibility to maintain its equipment and tools in a safe, clean and satisfactory working condition and to keep breakdowns to a minimum.

   2.2   When working on a Time and Material basis, Contractor shall notify Vegetation Program Manager immediately if any tools or equipment necessary to perform Work are inoperative.  PG&E shall not pay for time during which tools or equipment necessary to perform Work are inoperative.

3.   EQUIPMENT:  Examples of vehicles, tools and equipment that maybe required to perform the Work are listed in Paragraphs 4, 5 and 6 below.  This list is not intended to identify all tools needed to perform required Work during the course of this Contract.  Contractor shall provide all equipment and tools needed to complete Work required under this Contract.  Contractor is responsible for providing the correct tools and equipment to perform Work safely, efficiently and at the lowest cost.  Contractor is also responsible for the reliability and maintenance of its tools and equipment.

4.   VEHICLES AND LARGE EQUIPMENT

   4.1   HYDRAULIC LIFTS:

      4.1.1   The boom length on hydraulic lift equipment shall be the measurement between the ground and the bottom of the basket.  The minimum boom lengths acceptable to PG&E are shown below for the following specific billing codes.  Billing Codes and related equipment descriptions are shown on the Tree Pruning Equipment Summary included in Proposal II of this Specification.

TREES002224

4.1.1.1    Equipment with the Billing Codes D12, F11, F1A, LDC, F1B, LLL and SLA shall have a minimum boom length measurement of 50 feet.

4.1.1.2    Equipment with Billing Codes SPA and SP1 shall have a minimum boom length measurement of 70 feet.

4.1.1.3    Equipment and Billing Code SP6 shall have a minimum boom length measurement of 70 feet.

4.1.1.4    Equipment and Billing Code SPC shall have a minimum boom length measurement of 100 feet.

4.1.1.5    Equipment with Billing Code SP2 shall have a minimum boom length measurement of 75 feet.

4.1.2    All booms shall be capable of 360º continuous rotation.

4.2    CHIPPERS:

4.2.1    The minimum width of the blade on trailer or truck mounted chippers shall be twelve (12) inches.  All detachable chippers shall be free standing.  All chippers shall be able to disburse chips to the side.  Billing code CHP for trailer chipper should be used.

4.2.2    When brush disbursement is being performed on right-of-way and it is determined during the course of Pre-Inspection that a Chipper is not required, the chipper is to be left at Contractor's yard and is not billable.  This in no way is intended to allow a chipper to be billed on an "as used" basis.  See Paragraph 5.1 of this Part 2 for tools and/or equipment to be billed on an "as used" basis.

4.3    DUMP TRUCKS AND OTHER VEHICLES:

4.3.1    All dump trucks, lift trucks, pickups, etc., shall be capable of transporting a minimum of three (3) crew personnel and be equipped with all safety devices and equipment required by law, including the required number of safety belts.

4.3.2    All dump trucks shall have a gross vehicle weight rating sufficient to transport a full load of wood products along paved highways and transport a minimum of eighty percent (80%) of a full load of wood chips when operating off highways.

4.3.3    The dump body on the dump trucks identified below by Billing Codes shall be capable of carrying, at a minimum, the cubic yard capacity that is shown next to each Billing Code.  In addition, each dump body shall be covered by a metal canopy.  Billing Codes and related equipment descriptions are shown in the Equipment Summary of the Contract Pricing Schedule.

|  Billing Code  |  Minimum Cubic Yard Capacity  |
| --- | --- |

TREES002225

```
B11 -------------------- 15
C11 -------------------- 10
C1A ------------------- 12
C1B ------------------- 15
F11 -------------------- 10
F1A -------------------- 13
F1B -------------------- 15
G11 ----------------------8
JAA ----------------------8
```

5.    TOOLS

   5.1    PERSONAL TOOLS:   Each crew member shall be equipped with any tools required to safely and efficiently perform his/her duties.  The cost of all personal tools shall be included in Contractor's Unit Prices and Hourly Crew Rates.

   5.2    TOOLS AND ROUTINE SAWS:  Each crew shall have tools necessary to perform Work safely and efficiently and sufficient hand tools to maintain equipment.  Tools necessary to perform Work shall include gas powered chain saws and hydraulic pruners.

6.    SPECIAL EQUIPMENT AND TOOLS

   6.1    The following Billing Codes will be used for the following equipment and tools when they are used to perform Non-Routine Maintenance Work on a Time and Material basis.  Billing shall be based on the actual hours the equipment and/or tools are operated ("as used"):

| Billing Code | Description |
|---|---|
| ISP | Special saw-large bar saw (18" minimum) |
| ISQ | Special saw-large bar saw (30" minimum) |
| FLR | Flashing arrow trailer |
| TLS | Tools and routine saws |
| HTJ | Hydraulic tree felling jack |
| WTR | Winch truck |
| SWR | Chainsaw:  minimum 14" bar |
| WEE | Weed eater |
| CRT | Crane truck |
| STR | Stump grinder |

   6.2    EQUIPMENT ADDED TO CONTRACT

   6.2.1   Any other equipment and/or tools used by Contractor in completion of Work and not listed in the Contract requires prior approval and assignment of Billing Code and Rate by Vegetation Program Manager.

7.    COMMUNICATIONS:  All Contractor's field supervisors shall have a communication system in their vehicle that will enable the Vegetation Program Manager to contact them regarding both routine and emergency issues.  The communication system shall have all capabilities to take, send and receive pictures.  In addition, all lift trucks and climbing trucks shall have a communication system to enable them to contact the Field Supervisor, Vegetation Program Manager and/or emergency assistance regarding emergency issues.  Examples of appropriate communications systems would include either cellular phones or mobile radios.  Contractor's Field Supervisors shall have appropriate communication with their crews.  To facilitate communication, Contractor shall also provide access to a Fax machine for its crews within each PG&E division.

8.    EQUIPMENT COSTS

8.1    The cost of all equipment for Routine Maintenance Work shall be included in the Unit Prices submitted by Contractor and made part of this Contract. The Hourly Crew Rate for Non Routine Maintenance Work shall include all equipment cost and made part of this Contract.

9.    DECALS

9.1    Overview:  For purposes of this Specification, the Approved Format as referenced in the Limited Trademark License Agreement (Exhibit 22) will be referred to by the term "Decal" (see Exhibit 23, Tree Trimming Contractor Sample Decal).  For clarity, and without limitation to the generality of the first sentence of Item 2 of the Limited Trademark License Agreement (Exhibit 22), the following requirements apply to the use of the Decal:

9.1.1    Only Contractor vehicles used to perform Work under this Contract shall display the Decal.

9.1.2    Display of the Decal on Contractor vehicles is mandatory when performing Work  under this Contract, subject, however, to such exceptions as may be authorized by the Vegetation Program Manager

9.1.3    Ancillary equipment such as chippers and vehicles driven solely for the purpose of supervision shall not display the Decal.

9.1.4    Decals shall be displayed in pairs.  One Decal shall be affixed to both the driver and passenger sides of the vehicle.

9.1.5    The Decals shall be affixed in a standard location on similar vehicles.

9.1.6    Contractor shall provide Vegetation Program Manager(s) with the following:

9.1.6.1    A diagram indicating where the Decal will be placed on the vehicle(s).

9.1.6.2   A list of all vehicles that will have a Decal placed on them for each PG&E Regions per Exhibit 21 the Contractor is performing Work.  Contractor shall update this vehicle list on a quarterly basis and submit the updated list to the local Vegetation Program Manager.

9.2   Supplying Decals

9.2.1   PG&E will provide the Decals and all materials to affix the Decals at no cost to the Contractor.

9.2.2   After the initial rollout and installation of Decals, the Vegetation Program Manager (s) will supply additional Decals upon written request from Contractor.  The Request shall be accompanied by an updated list identifying each Decaled vehicle operating in that area.

9.2.3   The cost of labor to affix Decals shall be borne by Contractor.

9.3   Installation Guidelines

9.3.1   Based on the list of Contractor vehicles set forth in 9.1.6.2 above, Decals shall be placed on all of the vehicles within fourteen (14) days after receipt of the Decals from the Vegetation Program Manager.

9.3.2   Future Contractor vehicles added to the local division fleet shall have Decals affixed to them prior to the start of providing services to PG&E as set forth in 9.2.2 above.

9.3.3   The Decal shall be displayed in its entirety.  It shall not be displayed in parts or with other elements superimposed on the Decal.

9.3.4   The Decal shall not be displayed in ways that visually compromises the Decal.  In particular, the Decal shall not be displayed in a different orientation (i.e., rotated or flipped relative to the standard orientation.)

9.3.5   Decals shall be kept clean and free from damage at all times.

9.3.6   Damaged Decals shall be replaced immediately.  The new Decals will be supplied by the Vegetation Program Manager.

9.4   Usage Guidelines

9.4.1   Only vehicles owned and operated by Contractor under direct Contract with PG&E to perform services under this Contract shall display the Decal on their vehicles.  Subcontractors shall not display Decals on their vehicles.

9.4.2   When the vehicle is being used to perform work that is not a service to PG&E under this Contract, the Decal shall be covered or removed.

9.4.3   If the vehicle is no longer the property of Contractor, the Decal shall be removed immediately and the vehicle shall be deleted from the list set forth in Section 9.1.6.2 above.

10.  PARKING ON PG&E OWNED PROPERTY

10.1  Contractor may request to park on PG&E-owned property by contacting the
appropriate Land Services Office (see Exhibit 24).  If PG&E agrees to allow
Contractor to park on PG&E property, an Acknowledgement of PG&E Contractor's
Specific Site Approval (hereinafter referred to as Specific Site Acknowledgement) will
be provided to Contractor, and Contractor shall comply with the terms and conditions
of the Specific Site Acknowledgement and the terms and conditions set forth below.
Contractor shall not begin utilizing PG&E property until receiving a completed
Specific Site Acknowledgement for said property location(s).

10.1.1  Temporary Right of Entry.  In conjunction with Work performed under this
Contract and subject to the terms and conditions set forth in this Contract
and the applicable Specific Site Acknowledgement, PG&E agrees to allow
Contractor a temporary, personal, non-exclusive and non-possessory right
to enter, at reasonable times, and from time to time, the Property Area(s)
set forth in Specific Site Acknowledgement(s) issued to Contractor by
PG&E's Land Services Office.  This Contract gives Contractor the right to
use PG&E property only in conjunction with Work performed for PG&E
under this Contract and does not constitute a grant by PG&E of any
ownership, leasehold, easement or other similar property interest or estate.
Contractor shall not use PG&E property in conjunction with any work it
performs for others.

10.1.2  All  Work shall be performed solely within the Area(s) identified in the
Specific Site Acknowledgement(s) and in strict accordance with this
Contract.

10.1.3  Term; Termination; Surrender.  This right to use PG&E property shall be in
effect for the duration of the Contract **provided however, that PG&E may
terminate Contractor's right for any or all Areas set forth in Specific
Site Acknowledgement(s) at any time, for any reason or no reason,
including, without limitation, pursuant to the provisions of General
Order No. 69-C of the California Public Utilities Commission (the
"CPUC"), upon twenty-four (24) hours written notice to Contractor**.
Upon the expiration or termination of this Contract or Specific Site
Acknowledgement, at Contractor's sole cost and expense, Contractor shall
remove all of Contractor's personal property, remove all debris and waste
material resulting from Contractor's Activities, and repair and restore the
Property as nearly as possible to the condition that existed prior to
Contractor's entry to PG&E's satisfaction.  PG&E shall bear no liability for
any costs caused or related to any termination of any Specific Site
Acknowledgement(s).  In the event Contractor fails to comply with the
requirements of this Section, PG&E may elect to remove such personal
property and effect such removal, repair or restoration as necessary and
recover such costs and expenses from Contractor.  Contractor shall pay
such costs and expenses within ten (10) days of receipt of an invoice.
Contractor's obligations under this Section shall survive the expiration or
termination of this Contract or Specific Site Acknowledgement.

10.1.4   <u>Condition of the Property</u>**.**  Contractor accepts the Property "as is", in its existing physical condition, without warranty by PG&E or any duty or obligation on the part of PG&E to maintain the Property.  Contractor acknowledges that one or more of the following (collectively, "**Potential Environmental Hazards**") may be located in, on or underlying the Property:

(a)  electric fields, magnetic fields, electromagnetic fields, electromagnetic radiation, power frequency fields, and extremely low frequency fields, however designated, and whether emitted by electric transmission lines, other distribution equipment or otherwise ("**EMFs**");

(b)  Hazardous Substances: The term "**Hazardous Substances**" means any hazardous or toxic material or waste which is or becomes regulated by Legal Requirements, as defined herein, relating to the protection of human health or the environment, including, but not limited to, laws, requirements and regulations pertaining to reporting, licensing, permitting, investigating and remediating emissions, discharges, releases or threatened releases of such substances into the air, surface water, or land, or relating to the manufacture, processing, distribution, use, treatment, storage, disposal, transport or handling of such substances.  Without limiting the generality of the foregoing, the term Hazardous Substances includes any material or substance:

(1)  now or hereafter defined as a "hazardous substance," "hazardous waste," "hazardous material," "extremely hazardous waste," "restricted hazardous waste" or "toxic substance" or words of similar import under any applicable local, state or federal law or under the regulations adopted or promulgated pursuant thereto, including, without limitation, the Comprehensive Environmental Response, Compensation and Liability Act of 1980, 42 U.S.C. §§9601 et seq. ("CERCLA"); the Resource Conservation and Recovery Act of 1976, 42 U.S.C. §§6901 et seq.; the Clean Air Act, 42 U.S.C. §§7401 et seq.; the Clean Water Act, 33 U.S.C. §§1251 et seq.; the Toxic Substance Control Act, 15 U.S.C. §§2601 et seq.; the Federal Insecticide, Fungicide, and Rodenticide Act, 7 U.S.C. §§136 et seq.; the Atomic Energy Act of 1954, 42 U.S.C. §§2014 et seq.; the Nuclear Waste Policy Act of 1982, 42 U.S.C. §§10101 et seq.; the California Hazardous Waste Control Law, Cal. Health and Safety Code §§25100 et seq.; the Porter-Cologne Water Quality Control Act, Cal. Water Code §§13000 et seq.; the Carpenter-Presley-Tanner Hazardous Substance Account Act (Health and Safety Code §§25300 et seq.); and the Medical Waste Management Act (Health and Safety Code §§25015 et seq.); or which is toxic, explosive, corrosive, flammable, infectious, radioactive, carcinogenic, mutagenic or otherwise hazardous, and is now or hereafter regulated as a Hazardous Substance by the United States, the State of California, any local governmental authority or any political subdivision thereof; or

(2) the presence of which on the Property poses or threatens to pose a hazard to the health or safety of persons on or about the Property or to the environment; or

(3) which contains gasoline, diesel fuel or other petroleum hydrocarbons; or

(4) which contains lead-based paint or other lead contamination, polychlorinated biphenyls ("PCBs") or asbestos or asbestos-containing materials or urea formaldehyde foam insulation; or

(5) which contains radon gas;

(c) fuel or chemical storage tanks, energized electrical conductors or equipment, or natural gas transmission or distribution pipelines; and

(d) other potentially hazardous substances, materials, products or conditions.

Contractor shall take all necessary precautions to protect Contractor's personnel and Subcontractors from risks of harm from Potential Environmental Hazards, and Contractor shall be responsible for the health and safety of Contractor's personnel and Subcontractors.  Contractor acknowledges that it shall evaluate the condition of the Property and all matters affecting the suitability of the Property for the uses permitted by this Contract, including, but not limited to, the Potential Environmental Hazards listed herein.10.1.5        Use of Property.  Contractor shall not in any way interfere or permit any interference with the use by PG&E of the Property. Interference shall include, but not be limited to, any activity by Contractor that places any of PG&E's gas or electric facilities in violation of any of the applicable provisions of General Order Nos. 95 (Overhead Electric), 112 (Gas), and 128 (Underground Electric) of the CPUC or to any other applicable provisions of the laws and regulations of the State of California or other governmental agencies under which the operations of utility facilities are controlled or regulated.  Contractor shall not erect, handle, or operate any tools, machinery, apparatus, equipment, or materials closer to any of PG&E's high-voltage electric conductors than the minimum clearances set forth in the High-Voltage Electrical Safety Orders of the California Division of Industrial Safety; which minimum clearances are incorporated herein by reference; but in no event closer than ten (10) feet to any energized electric conductors or appliances.  Contractor shall not drill, bore, or excavate under any circumstances.10.1.6        Contractor's Activities.  Contractor shall notify PG&E of any potential safety, environmental or other hazards to PG&E employees or property arising out of, or associated with, Contractor's Activities or stemming from conditions caused by Contractor.  Contractor shall conduct its Activities in compliance with the this Contract and in such a manner so as to protect the Property, PG&E's utility facilities, the environment and human health and safety.  Contractor shall not cause or permit any Hazardous Substances, as defined herein, to be brought upon, produced, stored, used, discharged or disposed of on, or in the vicinity of, the

Property.  Contractor shall be responsible for the clean up and remediation of any releases of Hazardous Substances resulting from Contractor's Activities and shall immediately report the details of any such releases to PG&E and to the appropriate regulatory agencies as required by any and all applicable law. In the event PG&E determines that Contractor's Activities in any way endanger the Property, PG&E's utility facilities, the environment, or human health and safety, PG&E may, at PG&E's sole and absolute discretion, require that the Contractor halt its Activities until appropriate protective measures may be taken to eliminate such endangerment to PG&E's satisfaction.  Contractor shall hold PG&E harmless from any claims in any way resulting from any delay under this Section.  PG&E's right to halt activities under this Section shall not in any way affect or alter Contractor's insurance or indemnity obligations under this Contract, nor shall it relieve Contractor from any of its obligations hereunder that pertain to health, safety, or the protection of the environment.

10.1.7   Non-Interference.  Contractor shall coordinate its Activities regarding the right granted herein to strictly avoid any interference with the use by PG&E of the Property and any adjoining lands owned by PG&E.

10.1.8   Site Security.  Contractor shall comply with any and all PG&E's on-site safety and security requirements and any other rules and regulations that may be applicable to Contractor's Activities at the Property. Contractor shall cooperate with PG&E and abide by any and all orders or instructions issued by PG&E, its employees, agents or representatives.  PG&E reserves the right to restrict access to the Property in the event of fire, earthquake, storm, riot, civil disturbance, or other casualty or emergency, or in connection with PG&E's response thereto, or if emergency repairs or maintenance are required to PG&E facilities within or in the vicinity of the Property, or otherwise when PG&E deems it advisable to do so, including in connection with events and emergencies occurring or affecting PG&E's business operations located elsewhere than in the immediate vicinity of the Property.

10.1.9   Additional Activities.  Contractor shall not perform any activities beyond activities specifically authorized by this Contract without the prior written consent of PG&E, which consent shall be at PG&E's sole and absolute discretion, and the prior consent, to the extent required by applicable law or regulation, of any governmental authority having jurisdiction, including, but not limited to, the CPUC or the Federal Energy Regulatory Commission.

10.1.10   Reserved Rights.  PG&E reserves the right to use the Property for any and all purposes which will not unreasonably interfere with Contractor's enjoyment of the rights hereby granted.  PG&E reserves the right to make use of the Property for such purposes as it may deem necessary or appropriate if, and whenever, in the interest of its service to its patrons or consumers or the public, it shall appear necessary or desirable to do so.  Contractor shall not make use of the Property in any way which will endanger human health or the environment, create a nuisance or otherwise be incompatible with the use of the Property by PG&E or others entitled to use the Property.

TREES002232

10.1.11   Mechanics' Liens.  Contractor shall keep the Property free and clear of all mechanics' liens arising, or alleged to arise, in connection with any Work performed, labor or materials supplied or delivered, or similar activities performed by Contractor or at Contractor's request or for its benefit.  If any mechanics' liens are placed on the property in connection with Contractor's Activities set forth in this Contract, Contractor shall diligently pursue all necessary actions to remove such liens from title, either by payment or by recording a lien release bond in the manner specified in California Civil Code Section 3143 or any successor statute."

End of Part 2

**PART 3**

**REIMBURSEMENTS AND MARKUPS**

1.    COMPENSATION

1.1    ROUTINE MAINTENANCE WORK:

1.1.1    Contractor shall be bound by its firm Unit Prices (both straight time and overtime) for Routine Maintenance Work.  Under this Specification, Work Units, as defined in Section 1.3, Definition and Part 1, paragraph 2.5.3 of this Specification will be used by PG&E to assign and verify completed Work.  All Routine Work will be kept track of on a daily basis and submitted weekly to the Vegetation Program Manager weekly. Contractor shall input the Units within 30 days into the PG&E Vegetation Work Request Invoicing system which is defined in Part 5 of this Specification.

1.1.2    Reimbursement for chemicals or associated materials under Routine Work shall be included in Unit Prices submitted by Contractor and made part of this Contract.  Unit Prices shall include the cost for storage, transportation, and handling of chemicals or associated materials.

1.2    NON-ROUTINE MAINTENANCE WORK:

1.2.1    All Non-Routine Maintenance Work as defined in Section 1.3, Definition and Part 1, paragraph 2.4.3 of this Specification performed by the Contractor under this Specification shall be billed on a Time and Material basis.  Time and Material will be kept track of on a daily basis and Contractor shall input the Time and Material electronically each week, within two (2) weeks of Work completion, into the PG&E Work Report Data Entry System/Electronic Billing System which is defined in Part 5 of this Specification.

1.2.2    Reimbursement for chemicals and materials under Non-Routine Maintenance Work shall be billed at cost plus a percentage markup.  This percentage markup shall remain firm during the term of the Contract, including any optional extensions.

End of Part 3

# PART 4

# RENEGOTIATIONS

1.     RENEGOTIATION

1.1    GENERAL:  Hourly labor, equipment and crew rates shall be fixed for one (1) year from the start date of the Contract.  Said rates will be eligible for renegotiation after the first year of the Contract as set forth below unless otherwise stipulated in the Supplemental Contract Terms and Conditions.  Renegotiation of Unit Prices shall be in accordance with the Supplemental Term Clarification located in Contract extension.

1.1.1    Between Forty five (45) and ninety (90) days prior to completion of each one-year period, Contractor shall initiate any discussion concerning revisions to Unit Prices.

1.1.2    PG&E reserves the right to audit Contractor's records which pertain to any price increases or decreases in accordance with AVAILABILITY OF INFORMATION Section 12.7 of the General Conditions.  Any proposed rate adjustments must be supported with related documentation and records giving evidence to warrant such changes.

1.2    TIME AND MATERIAL:

1.2.1    Labor:  Labor eligible for renegotiation is that which is employed directly by Contractor and engaged directly and exclusively in the performance of the Work.  The renegotiation process shall be as follows.

1.2.1.1    Changes in Time and Material direct wages shall be limited to no more than the percentage increase in the Employment Cost Index (ECI) as reported in News, United States Department of Labor, Bureau of Labor Statistics, Table 9, WAGES AND SALARIES:  Employment Cost Index for wages and salaries only, private industry workers, by industry and occupation group (not seasonally adjusted), private industry workers series.  The percentage agreed upon by PG&E and Contractor shall be applied to the current direct wage for each classification for Time and Material labor rates.  No other adjustments shall be made to the direct wage.  The base month index shall be June 2014 Labor renegotiations shall utilize each succeeding June index thereafter.

1.2.2    Between Forty-five (45) and ninety (90) days prior to the completion of each one-year period of the Contract, Contractor shall submit accurate renegotiation sheets prepared in accordance with Exhibits 14 and 15 to PG&E Sourcing Department if Contractor wishes to renegotiate Time and

Material labor rates.  Submittals shall be correct, accurate and complete.  Should corrections be necessary to renegotiation sheets submitted by Contractor but not completed by Contractor within the forty five (45) calendar days prior to effective date of changes, PG&E will notify Contractor in writing of a thirty (30) calendar day period in which they have to submit correct renegotiation sheets.  Failure to submit these sheets will result in maintaining current Time and Material labor rates for the next year of the Contract.

1.2.3    Any change in Contractor labor rates shall be fixed for a minimum period of one year unless otherwise agreed upon in writing.

1.2.4    Equipment:  After the initial one-year Contract period, the gasoline portion of the hourly rates for equipment shall be renegotiated annually if the price per gallon of gasoline increases or decreases twenty percent (+/- 20%) above or below the starting index and the subsequent index published in the Lundberg Retail Gasoline Price Report, which is published by Lundberg Survey Incorporated, for the average of lowest available prices at each station of regular unleaded gasoline in the San Francisco Bay Area. The starting index date is the date of the first index published in November 2013, and renegotiations shall utilize each succeeding first index in September thereafter.

1.2.4.1    Between forty-five (45) and ninety (90) days prior to the completion of each one-year period of the Contract, Contractor shall submit accurate renegotiation sheets (Exhibit 16) to PG&E Sourcing Department.  Should corrections be necessary but not completed by Contractor within forty-five (45) calendar days prior to the effective date of the changes, PG&E will notify Contractor in writing of a thirty (30) calendar day period in which they have to submit correct renegotiation sheets. Failure to do so shall result in maintaining the current rates until renegotiation is due again.

1.2.4.1.1    Should the index decrease and the Contractor not respond per paragraph 1.2.4.2 above, PG&E will submit contract change orders with applicable renegotiations to Contractor for signature.

1.2.4.1.2    Equipment that is added to the Contract on an "as used" basis shall not be subject to renegotiation for the duration of the Contract unless otherwise agreed upon in writing.

1.2.4.1.3    Any equipment codes not specified in Exhibit 17 shall not be subject for renegotiation for the duration of the Contract unless otherwise agreed.

1.3    UNIT PRICES:  Any changes in Unit Prices shall be in accordance with the Supplemental Contract Terms and Conditions.  Contractor shall initiate any discussion concerning revisions to Unit Prices between forty-five (45) and ninety (90) days prior to the expiration of each annual Contract term.  If percentage changes are not set forth in the Supplemental Contract Terms and Conditions or if there are openers for negotiation of Unit Price changes in the Supplemental Contract Terms and Conditions, full justification and complete documentation must be provided by Contractor for PG&E's review in considering any changes to any Unit Prices.

    1.3.1    Contractor is required to submit to PG&E a detailed breakdown of its Unit Prices as part of this Contract.  This breakdown shall include, as a minimum, labor broken down by individual labor classification, equipment, fuel, material, and other components which total each quoted Unit Price.  This breakdown will become the basis of any future negotiations for Unit Prices.  A further breakdown of Unit Prices with respect to the labor component of such Unit Prices shall be reflected in Exhibit 14.  The breakdown of Unit Prices with respect to all other components shall be reflected in a chart or table to be prepared by Contractor and submitted to PG&E.

    1.3.2    Any changes in the Unit Prices shall be fixed for a minimum period of one year unless otherwise agreed upon in writing.

1.4    Contractor acknowledges that should Contractor and PG&E fail to come to agreement on pricing within sixty (60) days prior to completion of each one-year period, PG&E has the right to competitively bid the Work covered by this Contract.

1.5    PERCENTAGE MARK-UP FEE:  The percentage mark-up fee listed in Contractor's Contract shall not be subject to renegotiation at any time.

End of Part 4

# PART 5

## ELECTRONIC BILLING

PG&E has three systems for Contractors to submit invoices for payment of tree related work:

1. Manual processing of paper invoices - (not discussed below)

2. Electronic processing of Non-Routine Maintenance Work performed on a Time & Material basis - (Part 5A)

3. Electronic processing of Routine Maintenance Work performed on a Unit Price basis (VM Work Request Invoicing Process - Part 5B)

All of the processes require the Contractor to provide paper copies of the invoice documents to the local Vegetation Program Manager office.

Due to changes in technology and/or PG&E's processing needs, PG&E reserves the right to make substantial changes, including replacement, and/or to change the existing hardware or software requirements and require Contractor to use PG&E-supplied data entry software and/or to change the existing hardware or software requirements.  Contractor shall bear all costs associated with these types of changes.

End of Part 5

## PART 5A

## WORK REPORT
## DATA ENTRY SYSTEM/
## ELECTRONIC BILLING FOR NON-ROUTINE MAINTENANCE WORK
## PERFORMED ON A TIME & MATERIAL BASIS

Contractor shall input hourly, time and material or lump-sum billing information electronically each week into the PG&E Time and Material /Electronic Billing System which is described below.

1.  The PG&E Time and Material Contractor application (TMC) has been developed for Contractor use in conjunction with the performance of services for PG&E.  This system will provide for the capture, validation, storage and correction of hourly time and lump-sum payment information in preparation for electronic data transfer to PG&E's VM Invoicing system. PG&E will provide training for Contractor's personnel on this system at no cost. Time spent by Contractor's personnel in such training is not billable under this Contract.

2.  TMC will accommodate all Tree Contractor billing and has been designed to interface with the PG&E VM Invoicing System. Data entered in TMC and resulting work completion file uploaded by the Contractor onto PG&E's VM billing web tool will be used for electronic invoicing.

3.  PG&E will license to Contractor the TMC programs (see Exhibit 18) and any subsequent program changes without a license fee for use exclusively in conjunction with the performance of services for PG&E.  Contractor shall sign the License Agreement, attached hereto as Exhibit 18.  These programs shall remain the property of PG&E and will be used only in accordance with the License Agreement.  Contractor is responsible for the accurate keypunching and transmission of all billing information and any subsequent changes made to the same.

5.  Contractor will utilize the PG&E web site for Electronic Data Interchange of electronic billing information between Contractor and PG&E.

6.  The Contractor must install a software package on the PC and provide PG&E with an E-mail address (by Contract Area) to send and receive invoice information. These will be the authorized E-mail addresses. **Note: Only authorized individuals will be allowed to send and receive data. Contractor shall not attempt to use non-authorized E-mail address to send completed Vegetation Work Request information to PG&E.**

7.  The following information is provided to the Contractor so that the associated costs for data management are included in the overhead costs on bidders' proposals:

   7.1    TMC Program Information:

      7.1.1    The TMC application was developed to run under Microsoft Windows XP.

7.1.2    TMC requires the following computer systems:

      7.1.2.1    A PC running Microsoft Windows 2000 or Windows XP.

      7.1.2.2    A backup device such as CD/RW, DVD/RW or Tape backup system is strongly recommended. **Loss of data on the Contractor's PC cannot be replaced by PG&E.**

      7.1.2.3    An internet connection or Internet Service Provider (ISP) with an E-mail account that will allow sending and receiving of E-mail attachments.

7.1.3    The output from TMC is a specially formatted text file that must be loaded onto the PG&E web site.

7.1.4    After submittal to PG&E's system the results of the invoices are transmitted back to the Contractor, via internet E-mail for entry into TMC and for subsequent use in making any necessary corrections.

7.1.5    TMC was developed in order to capture, validate, store and correct billing information for electronic data transfer to PG&E. TMC will produce no management or analysis reporting.

7.1.6    As much validation of Work Report information as is feasible will be done by TMC. All error messages will be displayed on-line. All invoices will be revalidated by the PG&E invoicing system during processing to ensure accuracy.

7.1.7    Validation files/tables used by TMC can be updated from data files supplied by PG&E.

End of Part 5A

### PART 5B

### VM WORK REQUEST
### DATA ENTRY SYSTEM/
### VM WORK REQUEST INVOICING PROCESS

1. PG&E has developed a software program for Contractor use in conjunction with the performance of Routine Maintenance Work performed on a Unit Price basis for PG&E. This system will provide for the capture, validation, storage and correction of Work Request information in preparation for E-Mail data transfer from Contractor to PG&E's Vegetation Management System Trees Database and subsequently the VM Invoicing System.  PG&E will provide training for Contractor's personnel on this system at no cost. Time spent by Contractor's personnel in such training is not billable under this Contract.

2. PG&E will license to Contractor the Vegetation Management Contractor Application (VMC) software program and any subsequent program changes without a license fee for use exclusively in conjunction with the performance of services for PG&E.  Contractor shall sign the License Agreement, attached hereto as Exhibit 18.  This program shall remain the property of PG&E and will be used only in accordance with the License Agreement. Contractor is responsible for the accurate transmission of all information from the Work Requests and any subsequent changes made to the same.

3. The Contractor must install this software package on their PC and provide PG&E with an E-Mail address (by Contract Area) to receive and send Work Request information.  These will be the authorized E-mail addresses.  **<u>NOTE:</u>  Only authorized individuals will be allowed to send and receive data.  Contractor shall not attempt to use a non-authorized E-mail address to send completed Work Request information to PG&E.**

4. Contractor will utilize Internet E-Mail for Electronic Data Interchange of Work Request information between Contractor and PG&E.

5. The VMC system requires the following to be provided by the Contractor and the associated costs shall be included in Contractor's overhead costs:

    5.1 The VMC system was developed for an IBM compatible PC and requires the following hardware:

    5.1.1 IBM compatible PC, recommended Pentium 4 microprocessor computer or better running Microsoft Windows 2000 or Windows XP

    5.1.2 512 MB RAM, recommended

    5.1.3 A backup device such as CD/RW, DVD/RW or Tape backup system is strongly recommended. **Loss of data on the Contractor's PC cannot be replaced by PG&E.**

      5.1.4   An internet connection or Internet Service Provider (ISP) with an E-mail account that will allow receiving of E-mail attachments.

6.  On Tuesday of each week, PG&E will send an E-Mail to Contractor with Work Requests attached that have been issued during the previous week for each Work Area.

7.  Contractor will retrieve weekly E-Mail of Work Requests and modify them based on Work completed.  The "Work Completion Edit Form" in the VMC software shall be used by Contractor to input information on completed Work.  The following data fields shall be recorded per tree:

| | |
|---|---|
| Work Request Number | Trim Code |
| Tree Number | Quantity |
| Crew Type | Tree Code |
| Work By | Clearance |
| Date | Completed (Y/N?) |
| Hours | |

After the information has been recorded and saved on the Work Completion Edit Form, a completed work file is created and Contractor upload that file back onto PG&E's VM billing web tool.

8.  Completed work files can be uploaded by the Contractor onto PG&E's VM billing web tool at any time.  Paper copies of the entire Work Request, when completed, shall be sent to the local Vegetation Program Manager office within 10 days of the last submitted completed work file E-mail for that Work Request Form.

9.  Trees pruned and removed can be added (and a Work Request can be modified) by Contractor after it has been submitted to PG&E by re-submitting the Work Request with the new information to PG&E.

10. After work complete files are uploaded by Contractor onto PG&E's VM billing web tool, they will be transferred to   PG&E's VM invoicing system for recommendation and approval.  All information received from Contractor will be validated to ensure accuracy.

11. The VM Work Request Invoicing System allows for Contractor and PG&E to view outstanding Work Requests and completed Work Requests at any time.


End of Part 5B



End of Part 5

## PART 6

### CONTRACT WORK AUTHORIZATION PROCESS

1. From time to time, PG&E may identify specific jobs, projects, or work assignments to be performed throughout the PG&E system under this Contract by utilizing a Contract Work Authorization (CWA).

2. If PG&E elects, at its sole option, to accept Contractor's proposal for a specific job, project, or work assignment, the process that will be utilized for assignment of Work is outlined below.

   2.1   The Vegetation Program Manager identifies and prescribes the required Work to be done by the Contractor and notifies customers that Work will occur.

   2.2   The detailed scope of Work, the commencement date, and the completion date for the Work will be described in separate CWAs, prepared and issued by PG&E's Representative to Contractor for acceptance.  Contractor shall not start any Work assigned by CWA pursuant to this Contract without the CWA signed by both PG&E and Contractor.  The terms and conditions of this Contract shall apply independently to each CWA.

   2.3   Each CWA will state;

      2.3.1   A maximum not-to-be exceeded amount for Work to be performed on a Time and Material basis in accordance with rates agreed to at the time of Work assignment or

      2.3.2   A fixed price amount for Work to be performed on a Lump Sum basis or

      2.3.3   A Unit Price as set forth in the CWA or

      2.3.4   A combination of any of the above.

   2.4   Changes to an executed CWA shall be prepared and approved in the same manner as an original CWA.

   2.5   CWAs which are executed pursuant to this Contract and which have completion dates beyond the completion date of the Contract shall continue to be governed by the terms of the Contract until the expiration of such CWAs.

   2.6   The Contractor shall visit the work site, inspect and evaluate the Work prescribed by PG&E, and if in the judgment of the Contractor, the prescription conforms to all regulatory requirements, Contractor shall complete the Work.

   2.7   PG&E will indicate the method of payment on the CWA.  If Time and Material is indicated, all prices and rates shall be approved by PG&E and will be attached to the

CWA.  If PG&E requests a Unit Price or Lump Sum, Contractor shall visit the Work site and submit to PG&E for review a written Unit Price or Lump Sum within the time indicated on the request.  If acceptable, PG&E will issue a CWA for the job.  PG&E may decide to request proposals from one or more Contractors for a particular job.

2.8   If, upon inspection of the Work site, the Contractor judges that the Work prescription on the PG&E CWA does not conform with all regulatory requirements or in the contractor's judgment additional Work is necessary, Contractor must notify the Vegetation Program Manager immediately either by telephone or in person and await the Representative's decision before proceeding with the Work.

3.   TYPES OF JOB ASSIGNMENTS:  Work hereunder may be issued, and payment to Contractor shall be calculated, on the basis of the type of job assignment for an individual job.  The types of job assignments are as follows:

3.1   Time and Material:  Jobs assigned on a Time and Material basis shall be in accordance with Contractor's Rate Schedule approved by PG&E and attached to the CWA.

3.2   Lump Sum:  Contractor may be requested by PG&E to submit a Lump Sum cost proposal for a prescribed job.  Contractor shall provide a complete breakdown of the amounts and fees comprising its Lump Sum price.

3.3   Unit Price:  Charged for Units of trees of different sizes and brush, as further defined in Part 1, paragraph 2.5.3, of this Specification.  Unit Prices shall be in accordance with the prices set forth in the CWA.

4.   INVOICES

4.1   Contractor shall submit an invoice to the Vegetation Program Manager within two weeks of completion of Work.

4.2   For Work performed on a Lump Sum basis, the invoice shall include a description of the Work and price.

4.3   For Work performed on a Unit Price basis, the invoice shall include a description of the Work, the number of Units, and price.

4.4   For Work performed on a Time and Material basis, the invoice shall include a description of the Work, a listing of manhour/equipment hours by labor and equipment classification, and the associated rates. Contractor shall submit an invoice to Vegetation Program Manager based on the terms set forth on the CWA.

End of Part 6

GENERAL CONDITIONS

CONTENTS

## Table of Contents

1.   DEFINITIONS ...................................................................................................................... 2

2.   PROPOSAL ........................................................................................................................ 2

3.   PERFORMANCE OF WORK ............................................................................................. 3

4.   LEGAL REQUIREMENTS .................................................................................................. 7

5.   ROYALTIES AND LICENSES ............................................................................................ 8

6.   DELAYS AND SUSPENSION OF WORK .......................................................................... 9

7.   PAYMENT .......................................................................................................................... 9

8.   EXTRA WORK AND CHANGES ...................................................................................... 10

9.   INDEMNIFICATION, WITHHOLDING, LIMITATION OF LIABILITY, CLAIMS ................ 11

10.   INSURANCE .................................................................................................................... 12

11   FORCE MAJEURE, CANCELLATION AND TERMINATION OF CONTRACT ............... 14

12   REQUIREMENTS AND POLICIES .................................................................................. 15

13.   GENERAL REQUIREMENTS ......................................................................................... 19

Each of the following documents is attached hereto and incorporated herein:

EXHIBIT 1        PG&E Supplier Diversity Policy

EXHIBIT 1A      List of Subcontractors and Disbursement Record

EXHIBIT 2        Policy Regarding Utilization of Small Business Concerns and Small Disadvantaged Business
Concerns

EXHIBIT 3        Injury and Illness Prevention Program Compliance Certificate

EXHIBIT 4        PG&E Drug and Alcohol Abuse and Testing Policies

EXHIBIT 5        PG&E Contractor Document Retention and Production Requirements

EXHIBIT 5A      Document and Data List

EXHIBIT MOU   Memorandum of Understanding – Vegetation Management Work

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 2 of 31

## GENERAL CONDITIONS

1. DEFINITIONS

"As required," "as permitted," "approved," acceptable," "satisfactory," or similar terms shall mean by or to PG&E.

"Contract":  This agreement between PG&E and Contractor, including the Specification, and any bond, the cover page signed by each Party, the Specific Conditions, these General Conditions, each CWA, together with any and all attachments and exhibits, all of which together shall constitute the Contract.

"Contractor": The party or parties entering into this Contract with PG&E to perform the Work.

"Contractor's Representative": Contractor's employee who is directly responsible for the Work.

"CPUC":  The California Public Utilities Commission.

"CWA":  Contract Work Authorization.  If specified in the Specific Conditions or Specification of this Contract, Work may be assigned to Contractor through CWAs which are signed by both PG&E and the Contractor.  The terms and conditions of this Contract shall apply independently to each CWA executed by both Parties.

"Days": Unless otherwise specified shall mean calendar days.

"Hazardous Materials" and "Hazardous Wastes": Any material defined as such in any local, state or federal rule, regulation, law or code in the location in which the Work is performed. This includes, but is not limited to, the definition of Hazardous Material and Hazardous Waste set forth in the California Health and Safety Code, Division 20, Chapter 6.95.

"Party" or "Parties":  In the singular, PG&E or Contractor, and in the plural, both PG&E and Contractor.

"PG&E":  Pacific Gas and Electric Company.

"PG&E Representative": PG&E's Vegetation Program Manager (VPM) or Natural Resource Manager (NRM) or his or her designated representative, which may be PG&E's pre-inspection contractor.  PG&E's Representative has full authority to authorize Work and answer all questions pertaining to vegetation management processes and details for his or her specific geographic area.

"Subcontract":  An agreement between Contractor and Subcontractor or between Subcontractors at any level for a portion of the Work under this Contract.

"Subcontractor":  Party or parties entering into a Subcontract with Contractor or another Subcontractor to perform Work.  The obligations of Contractor, where set forth in this Contract, shall also apply to Subcontractors regardless of level or tier.

"Work":  All supervision, labor, materials, equipment and requirements necessary for the Contractor to fulfill the Contract requirements, regardless of whether or not they are specified in the Contract.

2. PROPOSAL

2.1    The following provisions shall apply if bids are required for the Work.

2.1.1    GENERAL: Proposal shall be submitted on the attached Proposal Form, enclosed in a sealed envelope marked "Proposal" with the title of the Work and the bid number, and delivered to the address stated in the Proposal Form on or prior to the time invited. The signed Specification shall be forwarded with the Proposal. PG&E reserves the right to reject any or all proposals and to accept other than the lowest bid.

2.1.2    VISIT TO WORKSITE: Bidder shall make arrangements with PG&E to visit the worksite. The Proposal shall be based on full knowledge of all conditions that may affect the cost and conduct of the Work.

2.1.3    TIME: Contractor shall perform the Work in as short a time as practicable consistent with good workmanship and without overtime, unless otherwise specified. Time is of the essence.

2.2    CONTRACTOR'S LICENSE LAW:  To qualify for Work subject to the Contractor's License Law,

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 3 of 31

Chapter 9 of Division 3 of the Business and Professions Code of the State of California, the proposal shall include a statement that Contractor is licensed and the type, number and the expiration date of the license.

3.   PERFORMANCE OF WORK

3.1   CONTRACTOR'S LABOR FORCE:

3.1.1   For Work performed on a time and materials or unit price basis, Contractor shall promptly and properly perform the Work specified, at locations directed by PG&E's Representative, upon being given notice by PG&E's Representative to do so. Contractor shall have a labor force that is sufficient to perform the Work in a safe, timely and cost effective manner.  When, in the opinion of PG&E's Representative, Contractor is employing either a larger or smaller number of employees than is necessary in any particular area, considering the amount and nature of the Work to be performed, Contractor shall, as directed to do so, increase or decrease the number of employees working in such area, provided that PG&E's Representative will cooperate with Contractor so that Contractor will not have an unreasonable labor turnover.

3.1.2   EMPLOYEE REPLACEMENT:  Contractor shall employ personnel qualified to perform the Work.  If PG&E's Representative finds Contractor's employee to be unsatisfactory, Contractor or Contractor's Representative shall replace said employee immediately. This provision in no way requires the Contractor to terminate the employment of any employee replaced pursuant to this Section.  Nor, by the terms of this Section, does PG&E endorse or approve (expressed or implied) any termination by Contractor of any employee replaced pursuant to this Section.

3.1.3   FRAUD:  If Contractor discovers that any of its employees has engaged in falsification or misrepresentation concerning the Work, including but not limited to falsified documentation of Work performed when in fact Work has not been performed or knowingly falsified documents that result in fraudulent billing to PG&E, Contractor shall notify the PG&E Representative in writing immediately of such discovery.  Contractor's notice shall also describe the action Contractor has taken regarding this employee and what action Contractor has taken to ensure this activity will be prevented in the future by any other employee under Contractor's employment.  If in PG&E's sole opinion the action taken by Contractor to ensure this activity will be prevented in the future is inadequate, PG&E may take further action up to and including termination of the Contract for cause.

3.2   CONTRACTOR PERFORMING IBEW REPRESENTED WORK:

3.2.1   The provisions of this section shall apply if Contractor is assigned Work described in the attached Memorandum of Understanding between  PG&E and the International Brotherhood of Electrical Workers (IBEW), Local 1245 ("Exhibit MOU").

3.2.2   Contractor shall not Subcontract such vegetation Work to a contractor who is not signatory to IBEW Local 1245, unless Contractor has requested and received the prior written approval of PG&E.

(i)   For work PG&E identifies as exceptions in Exhibit MOU not subject to the requirements of Section 3.2.2 above, Contractor shall pay its personnel wages which meet or exceed the current Prevailing Wage Determination for the classification applicable to the specific work performed.  For purposes of this paragraph, Prevailing Wages shall be as defined by California Labor Code Part 7, Chapter 1, Article 2, Section 1770, 1773, and 1773.1.

3.2.3   At PG&E's request, Contractor shall provide PG&E a certified copy of its payroll, including benefits, broken out by PG&E department for all Work that is subject to this Section.

3.2.4   All requirements of this Section shall extend to Subcontractors, if any.

3.2.5   If the provisions of this Section conflict with the requirements of other sections of these General and Specific Conditions, this Section shall prevail.

3.3   CONTRACTOR'S LABOR RELATIONS

3.3.1   GENERAL:  Contractor shall promptly notify PG&E in writing of any labor dispute or

Case 3:16-cv-07365-JD   Document 33-4   Filed 03/08/17   Page 58 of 75

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 4 of 31

anticipated labor dispute which may affect the time, performance or cost of the Work.

3.3.2   LOCAL BARGAINING:  In addition to Contractor's legal obligations under the Labor-Management Relations Act (LMRA), if Contractor is a subscriber to a multi-employer bargaining association or group, Contractor shall, if PG&E directs, participate to the fullest extent in the collective bargaining of that group with any labor organizations claiming jurisdiction over any portion of the Work.

3.3.3   INTERIM AGREEMENTS:  Contractor shall not make interim agreements with labor unions during contract bargaining designed to avoid strikes sanctioned by an international union or by a local building trades council or engage in other activities which might undermine PG&E's management efforts at the bargaining table.

3.3.4   STRIKE:  In the event of a labor dispute or strike by Contractor's or its Subcontractor's employees which threatens the progress or cost of the Work or PG&E's labor relations, or which disrupts PG&E's operations, or results in a secondary boycott at PG&E facilities, PG&E reserves the right to restrict additional hiring of Contractor's employees, to suspend or discontinue the Work of Contractor and any Subcontractor, or cancel the Contract for cause. This paragraph shall be applicable whether or not Contractor or any Subcontractor is directly involved in a labor dispute.

3.3.5   EXISTING UNION CONTRACTS:  Contractor shall not make labor agreements with any local construction trade union affecting the performance of the Work or its cost to PG&E, independent of or in conflict with agreements in effect between the local contractors' association and the union, without first obtaining written approval from PG&E.

3.3.6   NATIONAL AGREEMENTS:  Contractor shall, within 15 days after award of Contract, supply PG&E with copies of national agreements to which Contractor is a party.  No later than 5 days before the expiration of any local agreement which may affect the Work, Contractor shall meet with PG&E for the purpose of discussing the appropriate course of action.

3.3.7   JURISDICTIONAL DISPUTES:  Contractor and/or Subcontractor shall take steps to resolve violations of collective bargaining agreements and jurisdictional disputes, including without limitation the filing of appropriate process with any court or administrative agency having jurisdiction to settle, enjoin or to award damages resulting from violations of collective bargaining agreements or from jurisdictional disputes.

3.3.8   LABOR SUPPLY:  Contractor shall provide a sufficient number of skilled workers to fulfill the requirements of the Specification from whatever sources available, including nonunion sources.

3.3.9   EXECUTIVE ORDER 13201/FEDERAL CONTRACTS/SUBCONTRACTS:  To the extent required by Executive Order 13201, Contractor agrees to comply with provisions of 29 CFR Part 470.

3.4   MATERIAL AND WORKMANSHIP: Material and workmanship shall be first class in every respect and according to the specific and general conditions of this Specification.  Work shall be subject to the satisfaction of PG&E's Representative. Contractor shall furnish all labor, material, equipment, and services required for the Work, unless otherwise specified.

3.5   PG&E'S OPERATION: Contractor shall conduct the Work in a manner that will cause a minimum of inconvenience to PG&E's employees, customers and the general public. It is necessary for PG&E to maintain its business operations without interruption during the progress of the Work; and, therefore, no unnecessary interference will be permitted.

3.6   PG&E'S RESPONSIBILITY:  Data made available to Bidder by PG&E for preparing Bidder's proposal and data made available to Contractor by PG&E during performance of the Work shall not relieve Bidder or Contractor of responsibility for determining, through independent investigation if desired, the conditions affecting the cost and performance of the Work.  PG&E makes no representation as to the completeness of the data and is not responsible for Bidder's or Contractor's conclusions drawn therefrom.

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 5 of 31

3.7    ESTIMATED QUANTITIES AND WEIGHTS:  Bidder shall determine the inclusiveness and quantity of the items of Work from the Specification.  Quantities when stated in the Specification are provided for general guidance and Bidder's use, if Bidder wishes, in preparing its bid.  PG&E assumes no responsibility for the stated quantities and will not honor claims arising from a difference between stated quantities and what is described in the Specification.  The use of stated or other quantities by PG&E for comparing bids shall not be disputed.  Prices quoted in the proposal shall include the cost of Work described and performed in accordance with the Specification.

3.8    SAFETY PRECAUTIONS AND PROTECTION TO PROPERTY

    3.8.1    IMPORTANCE OF SAFETY:  Contractor recognizes and agrees that safety is of paramount importance in the performance of the Work and that Contractor is solely responsible for performing the Work in a safe manner. Contractor shall plan and conduct the Work, and shall require all Subcontractors to perform their portion of the Work, in in accordance with Contractor's safety program and with all applicable local, state and federal rules, regulations, codes, and ordinances to safeguard persons and property from injury.  Contractor further agrees to provide necessary training to its employees and Subcontractors to inform them of the foregoing safety and health rules and standards.  Should PG&E at any time observe Contractor, or any of its Subcontractors, performing the Work in an unsafe manner, or in a manner that may, if continued, become unsafe, then PG&E shall have the right (but not the obligation) to require Contractor to stop the Work affected by the unsafe practice until Contractor has taken corrective action so that the Work performance has been rendered safe.

    3.8.2    Contractor shall have an ongoing Safety and Training Program that will instruct each employee in the recognition and avoidance of unsafe conditions and the regulations applicable to personnel working within ten (10) feet of energized overhead electric lines as required by applicable law, including but not limited to  Title 29 Code of Federal Regulations Part 1926; and, if applicable, Contractor shall have this Program reviewed by the California Division of Occupational Safety and Health.

    3.8.3    USE OF CHEMICALS:  Chemicals or associated materials used in the performance of this Contract shall be limited to those approved by PG&E.  Such chemicals or materials proposed by Contractor for use shall be submitted to PG&E for prior approval as to safety from damage to property and/or injury to persons.

        (i)    Such chemicals or materials shall be applied only at such rates and under such conditions as may be approved by PG&E and in compliance with federal, state and local regulations governing their handling, use, rate and strength of application, storage, disposition, precautionary warning (if any) required in vicinity of use, and all safety equipment and procedures required in connection therewith.

        (ii)    PG&E reserves the right to reject or order Contractor to discontinue the use of chemicals or associated materials approved by PG&E.

        (iii)    PG&E specification or approval of the use of these chemicals or associated materials shall in no way affect Contractor's indemnity set forth in Section 9 of these General Conditions.

        (iv)    Chemicals or materials approved by PG&E may contain chemicals known to the state to cause cancer or reproductive toxicity. Contractor is responsible for notifying its employees, agents, and Subcontractors that Work performed hereunder may result in exposures to chemicals known to the state to cause cancer or reproductive toxicity.

        (v)    Should PG&E request that Contractor provide certain safeguards not in use but deemed necessary, and should Contractor fail to comply with this request within a reasonable time, PG&E may provide the safeguards and Contractor shall reimburse PG&E for expenses resulting therefrom.

    3.8.4    PROTECTION TO PG&E PROPERTY: Contractor shall protect against damage to power poles, transformers, power lines, fences, and other PG&E property adjacent to the Work while conducting the Work.

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 6 of 31

3.8.5  WORK IN FIRE AREAS: Contractor shall use caution when working in fire areas during fire season. Each vehicle working in a fire area shall be equipped with firefighting tools as appropriate and in accordance with all applicable laws, rules, regulations, orders, and ordinances.

3.9  WORK PERFORMED BY PG&E: In cases of emergency, and in other cases where PG&E's Representative deems that PG&E is in a better position than Contractor to perform any of the Work specified, PG&E shall have the right, acting through its employees, agents, or other contractors, to perform the Work.

3.10  DELEGATION OR ASSIGNMENT OF WORK:  PG&E is relying on the skill, reputation and particular qualifications of Contractor to perform the Work specified, and except with the prior written consent of PG&E's Representative, performance shall not be delegated, assigned, or Subcontracted by Contractor, nor shall any other person obtain the right to perform Work either by operation of law or otherwise, except as set forth in the foregoing paragraph 3.9, "Work Performed by PG&E" or as specifically approved by the PG&E Representative pursuant to the provision titled "Assignments." Nothing herein, however, shall be deemed to prevent Contractor from making any usual assignments of payments hereunder necessary for financing Contractor's performance hereof.

3.11  WARRANTY: Contractor warrants to PG&E that the Work under this Contract shall be performed with the degree of skill and care that is required by current, good and sound professional procedures and practices and in conformance with generally-accepted professional standards prevailing at the time the Work is performed so as to ensure that the services performed are in accordance with PG&E's Specification and are appropriate for the purposes contemplated in the Specification.  The methods used by Contractor shall be such as will produce satisfactory Work in accordance with the best trade practices.

3.11.1  Contractor shall promptly and properly reperform, at no additional cost to PG&E, all Work that does not conform to the above-stated warranty when notified by PG&E of such nonconformance and/or promptly upon Contractor becoming aware that any Work performed by Contractor does not conform to the above-stated warranty.

3.11.2  REPERFORMANCE BY PG&E:  In the event PG&E determines that it is impractical for the Contractor to reperform the Work, PG&E reserves the right to undertake, or have others undertake the reperformance of the Work at Contractor's expense.  PG&E's exercise of its rights under this paragraph shall not waive any other rights or remedies PG&E may have under this Contract in law or equity.

3.12  ADDITIONAL WORK:  New Work areas may be added to the Contract by mutual written agreement.

3.13  STORAGE OF HAZARDOUS MATERIALS

3.13.1  Hazardous Materials may not be stored by Contractor on PG&E property or on worksites without written permission of the PG&E Representative.  PG&E's permission to store Hazardous Materials for use in the performance of this Contract will only be granted when PG&E determines that no other storage alternative is available and storage on PG&E property or the worksite is safe, permitted under local, state, and federal regulations, and does not interfere with operations ongoing on the property.  In no event shall Contractor be permitted to store Hazardous Wastes on PG&E property.  If permission to store Hazardous Materials is granted, the following information must be supplied, for each Hazardous Material stored, to the PG&E Representative on the first business day of each month:

- A current Material Safety Data Sheet (MSDS),
- Amount stored,
- Container type used for storage,
- Estimated date each Hazardous Material will be permanently removed from storage, and
- Other information as required under local and state ordinances for storage of Hazardous Materials.

3.13.2  Failure to supply all of the above information will result in loss of permission to store

Case 3:16-cv-07365-JD   Document 33-4   Filed 03/08/17   Page 61 of 75

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 7 of 31

Hazardous Materials on PG&E property or on worksites.  Storage of Hazardous Materials shall be in accordance with all federal, state and local statutes, regulations and ordinances.  This includes appropriate labeling, and secondary containment where required.  Proper disposal of contaminated rainwater is the responsibility of the Contractor.  The proper cleanup and disposal of Contractor's spilled Hazardous Materials and Hazardous Wastes Is the responsibility of the Contractor.  Spilled or spent Hazardous Materials and Hazardous Wastes must be cleaned up and removed from PG&E property within eight (8) hours of their discovery by Contractor or within eight (8) hours of Contractor being notified of the spill.

3.13.3  DISCOVERY OF HAZARDOUS WASTES OR HAZARDOUS MATERIAL AND NOTICE TO PG&E:  If Contractor discovers Hazardous Waste or Hazardous Material on the job site during the performance of the Work, Contractor shall immediately (1) secure the area around the Hazardous Waste or Hazardous Material, and (2) notify PG&E of the situation.

3.14  CLEANING UP:  Contractor shall maintain the worksites in a clean, orderly condition during progress of the Work and shall clean up same to the satisfaction of PG&E's Representative before the Work shall be deemed completed. If, in PG&E's Representative's opinion, the worksite is unsatisfactory or hazardous due to noncompliance with the above by Contractor, and if upon notice to correct such condition, Contractor fails to so do, PG&E's Representative may shut down the Work until such cleanup Work has been performed or order the Work performed by others and require that Contractor pay all expenses incurred as a result thereof.

4.  LEGAL REQUIREMENTS

4.1  PERMITS AND RULES

4.1.1  Contractor shall pay fees and deposits for all required permits at no additional cost to PG&E, except for any required California Department of Transportation (Caltrans) permits.  Contractor shall be responsible for all documentation required for the Caltrans permit application, and PG&E will pay the permit cost.

4.1.2  Contractor shall:

(i)  Obtain all required permits, serve all notices, and arrange for inspection. PG&E will obtain permits for all new business line extensions;

(ii)  Secure the prior written permission of each property owner before commencing tree removal work on such owner's premises for Work that has not been pre-inspected by PG&E or before applying chemicals on such owner's premises;

(iii)  Promptly submit in writing to PG&E's Representative, each instance in which Contractor is unable to obtain written permission of the property owner or permits (Refusal Form);

(iv)  Prior to commencing any Work, the agricultural commissioner of each county in which Work will be performed shall be notified;

(v)  Comply with all applicable laws, rules, regulations, orders, and ordinances;

(vi)  Notify each property owner in accordance with PG&E requirements before commencing tree trimming Work on owner's premises (unless the Work has been pre-inspected by a third party who has handled notifications); and

(vii)  When Work has been pre-inspected by a third party, Contractor's crew shall attempt to make a courtesy notification to the property occupant prior to starting Work.

4.2  NO GUARANTEE OF WORK:   THE PARTIES AGREE THAT THIS CONTRACT DOES NOT ESTABLISH AN EXCLUSIVE CONTRACT BETWEEN PG&E AND CONTRACTOR NOR CONSTITUTE A COMMITMENT BY PG&E, WHETHER EXPRESS OR IMPLIED, TO CONTRACT WITH CONTRACTOR TO PERFORM OR SUPPLY ANY WORK; NOR IS THERE ANY GUARANTEE AS TO THE VOLUME OF WORK OR THE DURATION OF THIS CONTRACT. PG&E EXPRESSLY RESERVES ALL ITS RIGHTS, INCLUDING BUT NOT LIMITED TO THE FOLLOWING:  THE RIGHT TO UTILIZE OTHERS TO PERFORM OR SUPPLY WORK OF THE TYPE CONTEMPLATED BY THIS CONTRACT; THE RIGHT TO REQUEST PROPOSALS FROM

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 8 of 31

OTHERS WITH OR WITHOUT REQUESTING PROPOSAL(S) FROM CONTRACTOR FOR WORK OF THE TYPE CONTEMPLATED BY THIS CONTRACT AND THE UNRESTRICTED RIGHT BY PG&E TO BID OR PERFORM ANY SUCH WORK.

4.3     WITHHOLDING FUNDS: PG&E may retain from payments due hereunder sufficient funds to (1) repair, replace or reperform Work deemed defective by PG&E and (2) discharge delinquent accounts of Contractor pursuant to Section 4.4 below.

4.4     LIENS AND CONSTRUCTION LENDERS

4.4.1     Contractor shall discharge at once, and hold PG&E harmless from, liens or stop notices that may be filed in connection with the Work. PG&E may retain from Contract payments sufficient funds to discharge delinquent accounts of Contractor or a Subcontractor for which liens on PG&E's property have been or can be filed, or for which stop notices have been or can be filed, and PG&E may at any time pay therefrom, for Contractor's account, by joint check or otherwise, such amounts as are admittedly due thereon.  Contractor must furnish lien releases to PG&E in accordance with the requirements of this Contract.

4.4.2     In accordance with California Civil Code Section 8210, PG&E represents that there are no construction lenders for this Work. Contractor shall make this information available to any person seeking to serve the notice specified in Civil Code Section 8200.

4.5     BOND REQUIREMENTS:  If requested by PG&E's Representative, Contractor, shall, within five (5) days of request, obtain a payment and performance bond in the amount of one hundred percent (100%) of the estimated Contract price, in a form and with a surety acceptable to PG&E. PG&E will reimburse Contractor for such bond separately, within twenty-one (21) days of receipt from Contractor, of invoice therefor.  Failure of Contractor to obtain said bond as specified, if requested to do so by PG&E's Representative, shall be cause to cancel for cause this Contract and any prior commitment between PG&E and Contractor.

5.   ROYALTIES AND LICENSES

5.1     ROYALTIES AND LICENSE FEES:  Royalties, license fees or other charges for patents, copyrights, licenses, or other intellectual property for designs, processes, machinery, equipment, technology, published or unpublished data, information or materials, including but not limited to, manuals, computer programs or other deliverables furnished by Contractor for the Work, or for processes or methods employed by Contractor in performing the Work, shall be included in the Contract price.

5.2     USE AND REPRODUCTION RIGHTS:  PG&E shall have the unrestricted right of use and reproduction of all documentation, including but not limited to, instructional manuals, and other materials related to the Work furnished hereunder.  Such use and reproduction by PG&E or by contractors doing work for PG&E shall not require further permission by Contractor, nor shall it constitute infringement of Contractor's ownership rights, including copyright, to such materials. Any claims of Contractor to ownership in materials furnished hereunder must be expressly set forth in the Contract or shall be disclosed to PG&E in writing.

5.3     CONTRACTOR'S USE OF PG&E PROPERTY:  All records, reports, computer programs, written procedures and similar materials, documents or data, in whatever form, provided by PG&E for Contractor's use in the performance of Work under this Contract shall remain the confidential property of PG&E and shall be returned to PG&E immediately upon completion of Contractor's use for the performance of the Work or earlier upon the request of PG&E.  In the alternative, Contractor may destroy such information, provided an officer of Contractor certifies the destruction in writing to PG&E.

5.4     DELIVERY AND RETENTION OF RECORDS:  To the extent PG&E does not otherwise specifically request delivery of records or results, Contractor agrees to retain all records and results of Work performed under this Contract for a period of not less than three years from the end of the Contract term.  At PG&E's request Contractor will deliver a copy of any or all original field notes, investigative notes, tests, photographs, records, calculations, summaries, reports, and records produced and collected in the course of the Work performed under this Contract.

TREES002303

Case 3:16-cv-07365-JD  Document 33-4  Filed 03/08/17  Page 63 of 75

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 9 of 31

5.5     THIRD PARTY LICENSES:  Contractor represents and warrants that it shall comply (and ensure that its personnel and subcontractors comply) with all third party licenses, terms of use, policies and procedures that apply to or otherwise govern access to and/or use of any third party materials made available by PG&E to Contractor under this Contract.

5.6     CONFIDENTIALITY:  In the course of performing the Work, Contractor may have access to confidential commercial or personal information concerning, but not limited to, California residents or PG&E customers; PG&E employees and operations, technological, ratemaking, legislative and personnel matters and practices; and reports, strategies, analyses, specifications, records, software, data, computer models, and related documentation of PG&E, its parent company, subsidiaries, affiliates, or third parties.  Contractor agrees to use such confidential information strictly for the Work under this Contract, to restrict access to confidential information to those of its personnel with a need to know the information in order to perform the Work, and not to disclose any such confidential information or otherwise make it available to any other person or entity, including but not limited to any affiliate of PG&E that produces energy or energy-related products or services, without the prior written approval of PG&E.  Contractor shall implement and maintain reasonable security procedures and practices appropriate to the nature of the information but in no case less than reasonable measures, to protect any personal or confidential information from unauthorized access, destruction, use, modification, or disclosure.

6.   DELAYS AND SUSPENSION OF WORK

6.1     SUSPENSION OF WORK: PG&E may suspend the Work for causes it considers to be sufficient.

6.2     NOTIFICATION: Contractor shall notify PG&E promptly in writing upon knowledge of any impending cause for delay. Contractor will use its best efforts to prevent any delays. Failure to notify PG&E shall constitute waiver by Contractor of concessions or benefits specified under this paragraph.

6.3     DELAYS WITHIN CONTRACTOR'S CONTROL:  No additional compensation or other concessions will be allowed Contractor for expenses incurred as a result of delays arising from causes for which Contractor is responsible.

7.   PAYMENT

7.1     CONSIDERATION: As full consideration for Contractor's performance, PG&E will pay the Contractor in accordance with the rates quoted by the Contractor in the Proposal for Work satisfactorily completed.

7.2     METHOD OF PAYMENT:  The payment terms in this section apply to the VMC/TMC system for assigning and invoicing Work.  As soon as practicable after the close of each pay period, but in no event later than 30 days after the close of a pay period, Contractor shall submit billing electronically in accordance with the requirements of the Contract or, if applicable, shall forward to the PG&E Representative an invoice in duplicate for the amount due Contractor for Work performed within the respective divisions during the Contract period.  The description of Work shall provide such detail as PG&E may require.  PG&E will make payment within forty-five (45) days after receipt and approval of the invoices.  For purposes of this Contract, a pay period is defined as the seven (7) days beginning at 0000 hours Sunday and ending at 2400 hours the following Saturday of each week.

7.3     FINAL INVOICE:  The final invoice shall be marked "FINAL" and must be received by PG&E within sixty (60) calendar days after completion of the Work.  PG&E will not be liable for payment of any late invoices that are received by PG&E beyond the 180 days.

7.4     BILLING RATES AND CONFLICTS:  Contractor's pricing stated in the Contract fee schedule shall not change during the term of this Contract without prior written approval by PG&E.  The pricing shall be inclusive of all Contractor's overhead costs, administrative and general fees, and profit.  To the extent such pricing, or any invoice or other billing instrument as provided for in this Section 8 contains terms and conditions which are in addition to or in conflict with the terms and conditions in this Contract, whether Specific or General, those terms and conditions in the fee schedule, invoice, or other billing instrument shall be null and void.

7.5     INVOICE SUBMITTAL INSTRUCTIONS: Contractor shall submit invoices to PG&E in accordance

Case 3:16-cv-07365-JD   Document 33-4   Filed 03/08/17   Page 64 of 75

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 10 of 31

with the requirements of this Article 8 and with the instructions printed in the Contract or Contract Change Order.  The Contractor shall include the Contract number, and if applicable the Contract Work Authorization number, on the invoice.

7.6     MONTHLY INVOICE:  Contractor shall submit a monthly invoice to PG&E for compensation earned and reimbursable expenses incurred in the preceding calendar month.  Each invoice shall be broken down by Contract tasks; for each task the invoice shall include the following information:

7.6.1     Status:  Task description, estimated cost to complete, total cost incurred to date, percentage of Work completed, and date completed.

7.6.2     Labor:  Employee name, labor classification, salary rate, number of hours spent, and billing rate.

7.6.3     Reimbursable Expenses:  Unit cost and quantity of each item of expense.

7.7     WORKDAY AND WORKWEEK:  For Work performed on a time and materials or straight time unit price basis, Contractor shall not cause its employees to perform Work hereunder for periods in excess of a normal workday or 40 hour week, except in cases of emergency or when requested by PG&E's Representative.

7.7.1     Nonproductive Time: Contractor shall not bill PG&E for nonproductive time such as employees, tools, and equipment made idle by breakdown, labor cost to move equipment and materials not associated with tree trimming hereunder. Tailboard briefing or time spent on conducting the job safely and efficiently is considered productive.

7.8     SUBSISTENCE AND TRAVEL TIME

7.8.1     Contractor shall be responsible for subsistence and/or travel expense incurred for Contractor's convenience.

7.8.2     For emergency overtime Work, or when Contractor is requested to relocate to another division for temporary assignment of Work, a reasonable allowance for meals and subsistence will be considered by PG&E for Contractor's employees, provided arrangements and approximate costs are submitted in writing and accepted by the PG&E Representative prior to billing by Contractor.

7.8.3     CONTRACTOR'S CONVENIENCE:  Should Contractor elect to perform any phase of the Work on a premium time basis in order to meet the schedule or for its convenience, Contractor may do so at no cost to PG&E.

7.9     INVOICE SUPPORT: When forwarding to each PG&E Representative an invoice in duplicate, Contractor's invoice support shall include a copy of the PG&E approved Work Report, receipted bills for materials, Subcontracted Work, and rented tools and equipment. When requested by PG&E, Contractor shall submit certified copies of payrolls covering labor employed by Contractor and others performing Work.  Satisfactory evidence shall also be submitted to verify materials drawn from Contractor's stock, rental of Contractor's equipment, and other miscellaneous items of cost not otherwise verified.

8.     EXTRA WORK AND CHANGES

8.1     CLAIMS: If Contractor claims extra compensation from PG&E arising out of PG&E's administration or interpretation of this Contract or other action on the part of PG&E, Contractor shall submit a written statement supporting the claim within thirty (30) days of the action or decision giving rise to the claimed damages. Contractor's failure to submit a statement within thirty (30) days shall constitute a waiver of the claim. No extra compensation will be allowed for unforeseen difficulties or obstructions.

8.2     CONTRACT CHANGE ORDERS:  Additional work or changes to the Work ordered shall be performed only pursuant to "Contract Change Orders" agreed upon and signed by PG&E and Contractor.

8.3     Compensation to Contractor for any increase in the amount of Work due to such additions or

Tree Trimming, Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 11 of 31

changes shall, at PG&E's option, be based on unit prices, fixed prices, or time and material prices quoted by Contractor in its Proposal.

9.  INDEMNIFICATION, WITHHOLDING, LIMITATION OF LIABILITY, CLAIMS

    9.1     INDEMNIFICATION

          9.1.1    To the maximum extent permitted by applicable law, Contractor shall indemnify, hold harmless and defend PG&E, its affiliates, officers, managers, directors, agents, and employees, from and against all claims, demands, losses, damages, costs, expenses, and liability (legal, contractual, or otherwise), which arise from or are in any way connected with any:  (i) injury to or death of persons, including but not limited to employees of PG&E or Contractor;(ii) injury to property or other interests of PG&E, Contractor, or any third party; (iii) violation of a local, state, or federal common law, statute or regulation, including but not limited to environmental laws or regulations; or (iv) strict liability imposed by any law or regulation; so long as such injury, violation, or strict liability (as set forth in (i) - (iv) above) arises from or is in any way connected with Contractor's performance of, or failure to perform, this Contract, however caused, regardless of any strict liability or negligence of PG&E, whether active or passive, excepting only such loss, damage, cost, expense, liability, strict liability, or violation of law or regulation as is caused by (a) the sole negligence or willful misconduct of PG&E, its affiliates, officers, managers, directors, agents or employees; or (b) by such injury to property (as set forth in (ii) above) resulting from the pre-inspecting party's failure to give adequate notice or obtain prior written permission of the property owner as required by this Contract, where pre-inspection was performed by a third party and Contractor was not responsible under the Contract to notify property owner or obtain a property owner's prior written permission; or (c) by PG&E's written directions to Contractor not to perform Work modifications proposed in writing by Contractor in accordance with the Specific Conditions, provided that Contractor was performing Work that had been pre-inspected by a third party, had timely and properly notified PG&E that the Work prescribed on the PG&E work request form should be modified; had timely and properly documented the recommended modification on the PG&E work request form; and had timely and properly submitted the PG&E work request form, noting recommended modifications in writing, to the PG&E Representative.

          9.1.2    Contractor acknowledges that any claims, demands, losses, damages, costs, expenses, and liability that arises from or are in any way connected with the release or spill of any legally designated Hazardous Material or Waste and arises from or is in any way connected with the Work performed under this Contract, are expressly within the scope of this indemnity. Likewise, the costs, expenses, and legal liability for environmental investigations, monitoring, containment, abatement, removal, repair, cleanup, restoration, remedial work, penalties, and fines arising from strict liability or the violation of any local, state, or federal law or regulation, attorney's fees, disbursements, and other response costs incurred as a result of such releases or spills are expressly within the scope of this indemnity.

          9.1.3    Contractor shall, on PG&E's request, defend any action, claim, or suit asserting a claim which might be covered by this indemnity.  Contractor shall pay all costs and expenses that may be incurred by PG&E in enforcing this indemnity, including reasonable attorney's fees.

          9.1.4    To the extent necessary, each party was represented by counsel in the negotiation and execution of this Contract.

    9.2     CLAIMS PROCEDURE

          9.2.1    REPORTS: Contractor shall report to PG&E's Representative each case of injury to or death of person or injury to property immediately after knowledge of the occurrence. This condition shall be included in all Subcontracts.

          9.2.2    CONTRACTOR'S RESPONSIBILITY: Contractor shall make every effort to promptly acknowledge and satisfactorily settle, within a reasonable time after it arises or occurs, any loss, damage, expense, or liability for which Contractor is responsible under this Contract.

          9.2.3    Contractor shall promptly resolve, at Contractor's expense, all claims for private property

TREES002306

Case 3:16-cv-07365-JD   Document 33-4   Filed 03/08/17   Page 66 of 75

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 12 of 31

damage or loss caused by Contractor.

9.3   TAX WITHHOLDING:  Contractor represents and warrants that it will withhold all taxes, if any, which are required to be withheld under applicable law with respect to payments to persons hired by Contractor who perform services for PG&E.  Contractor shall indemnify and hold PG&E harmless, on an after-tax basis, for any liability incurred by PG&E as a result of Contractor's failure to institute any such required withholding.

9.4   INFRINGEMENT PROTECTION:  Contractor represents to PG&E that the Work to be performed, and the materials prepared or used, under this Contract will not infringe upon the copyright, patent or license, or otherwise violate the proprietary rights, including trade secret rights, of any person or entity.  Contractor agrees to indemnify and hold PG&E harmless from any suit, demand or claim made against PG&E alleging any such infringement or violation.  In addition to the foregoing, if there is such a claim, Contractor agrees at PG&E's option to either procure for PG&E the right to continue using the material, replace the material with non-infringing material or modify it so it becomes non-infringing, or remove the item and refund the applicable portion of the Contract price; provided, however that the replaced or modified material shall be equal to that contracted for hereunder and satisfactory to PG&E.  Contractor further agrees to pay any judgment or reasonable settlement offer resulting from a suit, demand or claim, and pay any reasonable attorney's fees incurred by PG&E in defense against such suit.

9.5   WITHHOLDING

9.5.1   PG&E may withhold from payment due Contractor hereunder such amounts as, in PG&E's opinion, are reasonably necessary to provide security against loss, damage, expense, and liability covered by the indemnity provision set forth above.  Thereafter, PG&E may, if Contractor fails to settle any loss, damage, expense, or liability, take over the adjustment thereof and settle it for such sum as in PG&E's discretion is deemed reasonable and pay the sum from the monies withheld. This payment shall be deemed and treated as though made directly to Contractor as payment for Contractor's performance under this Contract.

9.5.2   If PG&E settles the loss, damage, expense, and liability for less than the amount of monies which it has previously withheld from monies otherwise due Contractor, PG&E shall pay to Contractor the balance over and above the amount of such settlements but not until all known or reasonably anticipated matters for which Contractor is responsible have been properly settled or terminated.

9.6   LIMITATION OF LIABILITY:  TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, PG&E SHALL NOT BE LIABLE UNDER ANY CIRCUMSTANCES, WHETHER IN CONTRACT, TORT, EQUITY, OR OTHERWISE, FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, PUNITIVE, OR EXEMPLARY DAMAGES, EVEN IF SUCH DAMAGES ARE FORESEEABLE, AND REGARDLESS OF WHETHER OR NOT PG&E HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS OR UNRECOVERED OVERHEAD AND, UNLESS EXPRESSLY AUTHORIZED IN ADVANCE IN WRITING AND SPECIFICALLY ASSUMED BY PG&E, COMMITMENTS TO THIRD PARTIES, SUCH AS SUBCONTRACTS, RENTAL OR LEASE AGREEMENT(S), AND PERSONAL SERVICES CONTRACTS.

10.  INSURANCE

Contractor shall maintain the following insurance coverage. Contractor is also responsible for its Subcontractors maintaining sufficient limits of the same insurance coverage.

10.1   WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY

10.1.1   Workers' Compensation insurance or self-insurance indicating compliance with any applicable labor codes, acts, laws, or statutes, state or federal, including LS&H and Jones Act, where Contractor performs Work.

10.1.2   Employers' Liability insurance shall not be less than $1,000,000 for injury or death per accident.

TREES002307

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4: General Conditions
Trees, Incorporated
Page 13 of 31

## 10.2 COMMERCIAL GENERAL LIABILITY

10.2.1 Coverage shall be at least as broad as the Insurance Services Office (ISO) Commercial General Liability Coverage "occurrence" form, including coverage for fire suppression, with no coverage deletions. Work that involves chemical spraying shall include coverage for pesticide and herbicide application.

10.2.2 The limit shall not be less than $10,000,000 per occurrence for bodily injury, property damage and personal injury and products/completed operations. Defense costs shall be provided as an additional benefit and not included within the limits of liability. Coverage limits may be satisfied using an umbrella or excess liability policy.

10.2.3 Coverage shall: (i) By "Additional Insured" endorsement add as insureds PG&E, its directors, officers, agents and employees with respect to liability arising out of Work performed by or for the Contractor, including completed operations; (ISO Form CG 2010 11/85 or equivalent). If the CGL policy includes "blanket endorsement by contract," the following language added to the certificate of insurance will satisfy PG&E's additional insured requirement: "PG&E, its affiliates, subsidiaries, parent company, directors, officers, agents and employees with respect to liability arising out of the work performed by or for the Contractor are additional insureds under a blanket endorsement"; (ii) Be endorsed to specify that the Contractor's insurance is primary and that any insurance or self-insurance maintained by PG&E shall not contribute with it; and (iii) include a severability of interest clause. The additional insureds shall fully cooperate with the Contractor on any Claim.

## 10.3 PROFESSIONAL LIABILITY INSURANCE

10.3.1 Errors and Omissions Liability insurance appropriate to the Contractor's profession. Coverage shall be for a professional error, act or omission arising out of the scope of services shown in the Contract, including coverage for consequential financial loss and fire suppression, with no coverage deletions.

10.3.2 The limit shall not be less than $10,000,000 per occurrence.

10.3.3 Coverage shall be endorsed to specify that the Contractor's insurance is primary and that any Insurance or self-insurance maintained by PG&E shall not contribute with it.

## 10.4 BUSINESS AUTO

10.4.1 Coverage shall be at least as broad as the Insurance Services Office (ISO) Business Auto Coverage form covering Automobile Liability, code 1 "any auto."

10.4.2 The limit shall not be less than $5,000,000 each accident for bodily injury and property damage. Coverage limits may be satisfied using an umbrella or excess liability policy.

## 10.5 ADDITIONAL INSURANCE REQUIREMENTS

10.5.1 Before commencing performance of Work, Contractor shall furnish PG&E with certificates of insurance and endorsements of all required insurance for Contractor.

10.5.2 Should any of the above described policies be cancelled before the expiration date thereof, the insurer shall deliver notification to PG&E in accordance with the policy provisions.

10.5.3 Certificates of insurance and endorsements shall be signed and submitted by a person authorized by that insurer to issue certificates of insurance and endorsements on its behalf and must be submitted by e-mail or fax only:

Certificate Holder: Pacific Gas and Electric Company
c/o EXIGIS LLC
E-mail: support@exigis.com
Fax: 646-755-3327

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4
Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 14 of 31

A copy of all such insurance documents shall be sent to PG&E's Contract negotiator and/or Contract administrator at Contract execution and whenever the terms of the insurance policy are updated or renewed.

10.5.4   PG&E may inspect the original policies or require complete certified copies, at any time.

10.5.5   Upon request, Contractor shall furnish PG&E the same evidence of insurance for its Subcontractors as PG&E requires of Contractor.

10.5.6   Contractor shall not allow any required insurance coverage to lapse during the term of this Contract.  Contractor shall obtain and have in place replacement coverage in accordance with the requirements of this Contact and shall furnish PG&E with certificates of insurance and additional insured endorsements of all required insurance before termination or expiration of prior coverage.

10.5.7   All policies or binders with respect to insurance maintained by Contractor shall waive any right of subrogation of the insurers hereunder against PG&E, its parent company, affiliates and officers, directors, employees, agents and representatives of each of them.

10.6   RESPONSIBILITY FOR NON-COMPLIANCE WITH INSURANCE REQUIREMENTS

10.6.1   NONE OF THE FOREGOING INSURANCE REQUIREMENTS CAN BE WAIVED WITHOUT THE EXPRESS WRITTEN CONSENT OF AN OFFICER OF PG&E OR THE PG&E REPRESENTATIVE AUTHORIZED TO SIGN THIS CONTRACT.

10.6.2   Notwithstanding any other provisions of this Contract and separate and apart from Contractor's obligation to indemnify PG&E pursuant to Article 9 and the insurance requirements in Article 10 hereof, if Contractor's insurance carrier fails or refuses to defend or indemnify PG&E pursuant to an additional insured endorsement because of a failure to obtain an additional insured endorsement, policy deductible, self-insured retention, or other unauthorized coverage deletion, Contractor shall stand in the place of its insurer and defend and indemnify PG&E and its officers, directors, agents, and employees to the same extent that an insurer issuing ISO form occurrence coverage without coverage deletions would under California law.  If Contractor unreasonably fails or refuses to so defend and indemnify, Contractor shall be liable to PG&E for all resulting damages, including but not limited to attorney's fees and imposition of punitive damages.

11. FORCE MAJEURE, CANCELLATION AND TERMINATION OF CONTRACT

11.1   FORCE MAJEURE:  Neither PG&E nor Contractor shall be considered in default in the performance of its obligations under this Contract, except obligations to make payments hereunder for Work previously performed, to the extent that the performance of any such obligation is prevented or delayed by any cause, existing or future, which is beyond the reasonable control of the affected party.  In the event either party claims that performance of its obligations was prevented or delayed by any such cause, that party shall promptly notify the other party of that fact, and of the circumstances preventing or delaying performance.  Such party so claiming a cause-delayed performance shall endeavor, to the extent reasonable, to remove the obstacles which preclude performance.

11.2   CANCELLATION FOR CAUSE:

11.2.1   PG&E may, at its option, cancel or suspend this Contract or any one or more CWAs for cause including, but not limited to, the following situations: (i) the failure, refusal or inability of the Contractor to perform the Work in accordance with this Contract for any reason (except as specified in the section titled "Force Majeure"); or (ii) Contractor has become insolvent, has failed to pay its bills, or has had checks for payment of its bills returned from suppliers and Subcontractors due to insufficient funds; or (iii) a legal action is placed against Contractor which, in PG&E's opinion, may interfere with the performance of the Work; or (iv) in PG&E's opinion, the Work will not be completed in the specified time and PG&E has requested Contractor to take steps necessary to accomplish the required progress and completion, and Contractor has failed to do so.  In addition PG&E may at its option and without prejudice to its

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 15 of 31

other rights, take over and complete all or part of the Work using Contractor's equipment and facilities at the worksite to perform all or part of the Contract.  PG&E will be the sole judge whether Contractor is substantially performing Work in accordance with this Contract.

11.2.2   Contractor shall be liable for additional costs to PG&E arising from cancellation. If the Contract is canceled, Contractor shall vacate the worksite but not remove material, plant, or equipment without the approval of PG&E.  If the Contract is so cancelled for cause, PG&E may withhold payments due Contractor for Work satisfactorily performed prior to the date of cancellation and offset against any uncompleted Work by Contractor for the given calendar year, including Work not issued to Contractor at the time the Contract was cancelled.  The uncompleted Work may be completed by PG&E work crews or other contractors at PG&E's sole discretion.  Any and all costs incurred by PG&E to mobilize and house the crews, supervise the crews, and complete the Work will be deducted from the outstanding balance due the Contractor.  The method of payment to PG&E's crews and/or another contractor is at PG&E's sole discretion and could include payment based on time and materials, unit price or lump sum.  If the cost to complete the uncompleted Work exceeds the balance due Contractor, the Contractor shall pay PG&E the difference within 30 days of notice by PG&E.

11.2.3   In no event shall PG&E be liable for lost or anticipated revenues, profits or overhead on uncompleted portions of the Work.  Any reports, drawings or other documents prepared for PG&E prior to the effective date of such cancellation shall be delivered to PG&E by Contractor.  Contractor shall not enter into any agreements, commitments or Subcontracts which would incur significant cancellation costs without prior written approval of PG&E.  Such written approval is a condition precedent to the payment of such charges by PG&E.

11.2.4   LABOR DISPUTE:  In the event of a labor dispute or strike by Contractor's or its Subcontractors' employees which threatens the progress or cost of Work, or PG&E's labor relations, or which disrupts PG&E's operations, or results in a secondary boycott at PG&E's facilities, PG&E reserves the right to restrict and/or require the additional hiring of Contractor's employees, to suspend or discontinue the Work of the Contractor or any Subcontractor, or cancel the Contract for cause.  This paragraph shall be applicable whether or not any Contractor or Subcontractor is directly involved in a labor dispute.

11.3   TERMINATION FOR PG&E'S REASONS:  PG&E may suspend or terminate the Contract, without cause and upon written notice to Contractor.  Contractor thereupon shall take whatever action with respect to performance of the Work as will tend to minimize its claim against PG&E.  In the event of termination, PG&E shall be liable to Contractor only for the compensation earned on the Work performed to the date of termination, plus costs reasonably incurred by Contractor in terminating its operation.  Contractor shall not be entitled to any payment for lost or anticipated profits or overhead on uncompleted portions of the Work.

11.4   CWA TERM AND TERMINATION:  The cancellation and termination provisions in this Section shall apply to individual CWAs.  If PG&E cancels or terminates the Work under a particular CWA or if a particular CWA expires, the remainder of this Contract shall not be affected.  In addition, if the term of any one or more CWAs continues beyond the termination date of this Contract, the provisions of this Contract shall nevertheless continue to govern those CWAs until final completion and acceptance of the Work.

11.5   ASSISTANCE UPON CANCELLATION, TERMINATION, OR EXPIRATION:  Commencing upon expiration, or upon notice to Contractor of cancellation or termination of a CWA or this Contract, and continuing for so long as PG&E may reasonably request, Contractor will provide reasonable assistance requested by PG&E to facilitate the orderly transfer of the Work and subject matter of the CWA or Agreement, respectively, as directed by PG&E.  To the extent that compensation for such assistance is not already provided for by the CWA or Contract, PG&E and Contractor will negotiate reasonable compensation not to exceed Contractor's then-current, standard Hourly Rates for similar work.

12   REQUIREMENTS AND POLICIES

12.1   PG&E'S SUPPLIER DIVERSITY POLICY:  It is PG&E's policy that Women, Minority, and Disabled

Case 3:16-cv-07365-JD   Document 33-4   Filed 03/08/17   Page 70 of 75

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 16 of 31

Veteran Business Enterprises (WMDVBEs) and Lesbian, Gay, Bisexual, and Transgender Business Enterprises (LGBTBEs) shall have the maximum practicable opportunity to participate in providing the goods and services purchased by PG&E.

12.1.1   For all Contracts, Contractor agrees to comply, and to require all Subcontractors and sub-Subcontractors to comply, with PG&E's Supplier Diversity Policy, as set forth in Exhibit 1 hereto.  Contractor shall provide a copy of Exhibit 1 to each prospective Subcontractor.

12.1.2   In addition, for Contracts exceeding $500,000 (or $1 million for construction contracts), Contractor must comply with the Policy Regarding Utilization of Small Business Concerns and Small Disadvantaged Business Concerns, as described in Exhibit 2 hereto.  The Subcontracting Plan for these Contracts must include provisions for implementing the requirements of Exhibit 2.

(i)      Exception:  Small Business and Small Disadvantaged Business Subcontracting Plans are not required for small business contractors, personal service contracts, contracts that will be performed entirely outside of the United States and its territories, or modifications to existing Contracts which have no potential for Subcontracting.

12.1.3   For all Contracts, Contractor shall act in accordance with the Subcontracting Plan in the performance of the Work and in the award of all Subcontracts.

12.1.4   Each Bidder's Proposal must describe how Bidder will comply with the mandatory requirements of Exhibit 1 if awarded the Work.  PG&E will evaluate each Proposal using a formula of weighted and defined criteria that includes the strength of the Bidder's proposed compliance with PG&E's Supplier Diversity Policy.  The requirements of Exhibit 1 and the successful Bidder's response will be incorporated into the Contract.

12.2   FEDERAL POLICY

12.2.1   EQUAL EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION REGULATIONS POLICY:  During the performance of this Contract and to the extent they may be applicable, Contractor agrees to comply with all laws, orders, and regulations included by summary or reference in the following paragraphs

- Executive Order 11246, 41 CFR Part 60-1.4:  Equal Opportunity Clause.
- Executive Order 11246, 41 CFR Part 60-1.8:  Nonsegregated Facilities.
- Vietnam Era Veterans' Readjustment Assistance Act of 1974, 41 CFR Part 60-250.5.a: Equal Opportunity Clause.
- Vietnam Era Veterans' Readjustment Assistance Act of 1974, 41 CFR Part 60-300.5.a: Equal Opportunity Clause.
- Section 503 of the Rehabilitation Act of 1973, 41 CFR Part 60-741.5.a: Equal Opportunity Clause.

12.2.2   EXECUTIVE ORDER 13496 – EMPLOYEE RIGHTS UNDER THE NATIONAL LABOR RELATIONS ACT. To the extent applicable, the employee notice requirements set forth in 29 CFR. Part 471, Appendix A to Subpart A are hereby incorporated by reference into this Contract.

12.3   SUPPLIER CODE OF CONDUCT:  CONTRACTOR, ITS SUBCONTRACTORS AND THEIR SUPPLIERS AT ALL TIERS, SHALL COMPLY WITH PG&E'S SUPPLIER CODE OF CONDUCT IN THE AWARD AND PERFORMANCE OF ALL CONTRACTS AND SUBCONTRACTS.  The Supplier Code of Conduct requires that Contractor and each of its Subcontractors demonstrate a strong commitment to compliance, ethics, sustainability and supplier diversity as a foundation to successful business.  Contractor must complete its Work for PG&E in full compliance with the Supplier Code of Conduct, as it may be modified from time to time.  Contractor shall access, read and comply with PG&E's Supplier Code of Conduct and shall make it available to its Subcontractors and suppliers. The Supplier Code of Conduct is available at PG&E's website, www.PGE.com, at the following link:  http://www.pge.com/includes/docs/pdfs/b2b/purchasing/contractor_consultant_and_supplier_code.pdf

Case 3:16-cv-07365-JD Document 33-4 Filed 03/08/17 Page 71 of 75
Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4: General Conditions
Trees, Incorporated
Page 17 of 31

12.4 INJURY AND ILLNESS PREVENTION PROGRAM: In the performance of the Work under this Contract, Contractor acknowledges that it has an effective Injury and Illness Prevention Program which meets the requirements of all applicable laws and regulations, including but not limited to Section 6401.7 of the California Labor Code. Contractor shall ensure that any Subcontractor hired by Contractor to perform any portion of the Work under this Contract shall also have an effective Injury and Illness Prevention Program. The person with the authority and responsibility for implementing and administering Contractor's Injury and Illness and Prevention Program shall execute the Compliance Certificate attached as Exhibit 3 .

12.5 PG&E DRUG AND ALCOHOL POLICY: PG&E is committed to maintain and promote job safety and health for all workers at its facilities. In addition, PG&E is determined to protect its employees, customers, and the general public while they are on PG&E property from any harm caused by illegal drug and alcohol use by non-PG&E personnel. To accomplish these objectives, PG&E has established a drug and alcohol policy for access to PG&E facilities by its Contractor and Subcontractor personnel. If any personnel of Contractor or its approved Subcontractors perform any Work or services at PG&E offices and/or other PG&E facilities, then Contractor shall comply with PG&E's Drug and Alcohol Abuse and Testing Policies, attached as Exhibit 4 to these General Conditions.

12.6 DOCUMENT RETENTION AND PRODUCTION REQUIREMENTS: PG&E is committed to maintain documents and records so as to satisfy applicable legal, contractual and regulatory requirements as well as PG&E' son-going business needs; to enable appropriate records management, provide appropriate retrieval  and achieve the proper level of security and privacy. In furtherance of this commitment, Contractor agrees to comply with the requirements of Exhibits 5 and 5A, attached to these General Conditions.

12.7 AVAILABILITY OF INFORMATION

12.7.1 ACCESS: PG&E's duly authorized representatives shall have, during the term of the Contract and for three years thereafter, access at all reasonable times to all of the Contractor's and its Subcontractors' personnel, accounts and records of all description, including but not limited to computer files, pertaining to the Contract to verify or review the quantity, quality, work program and progress of the Work, reimbursable costs, amounts claimed by the Contractor, estimates of cost for fixed rates including those applicable to proposed changes, and for any other reasonable purposes including any and all records of the Contractor for the purpose of verifying compliance with the Conflict of Interest/Business Ethics provision in this Contract.

12.7.2 ACCOUNTING: The Contractor's and its Subcontractors' accounts shall be kept in accordance with generally accepted accounting principles in the particular industry and shall be kept in such a manner and in sufficient detail to clearly disclose the nature and amounts of the different items of service and cost pertaining to the Contract and the basis for charges or allocations to the Contract.

12.7.3 TIME PERIOD: The Contractor and its Subcontractors shall preserve all such accounts and records for a period of three years after the term of the Contract. PG&E's duly authorized representatives shall have the right to reproduce any such accounts and records.

12.7.4 ADJUSTMENTS: Contractor shall promptly adjust any inaccuracy in the billings. Adjustments shall accrue interest, compounded monthly, at a rate equal to the prime rate charged by the Bank of America, NT&SA, San Francisco, California, at the beginning of each month, from the date of payment of the invoice being adjusted to the date that the adjustment is paid.

12.7.5 SUBCONTRACTORS: The Contractor shall include the necessary provisions in its Subcontracts to ensure that its Subcontractors comply with this section.

12.8 CONFLICT OF INTEREST AND BUSINESS ETHICS

12.8.1 REASONABLE CARE: Contractor shall exercise reasonable care and diligence to prevent any actions or conditions which could result in a conflict with PG&E's interest.

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 18 of 31

12.8.2   OTHER EMPLOYMENT:  During the term of this Contract, Contractor or its employees will not accept any employment or engage in any work which creates a conflict of interest with PG&E or in any way compromises the Work to be performed under this Contract.

12.8.3   GIFTS:  Contractor or its employees shall not offer or cause to be offered gifts, entertainment, payments, loans and/or other services, benefits or considerations of more than a nominal value to PG&E's employees, their families, vendors, Subcontractors and other third parties.

12.8.4   ACCURATE DOCUMENTATION:  All financial statements, reports, billings, and other documents rendered shall properly reflect the facts about all activities and transactions handled for the account of PG&E.

12.8.5   NOTIFICATION:  The Contractor shall immediately notify PG&E of any and all violations of this clause upon becoming aware of such violation.

12.9   WORK ON PG&E OR PG&E CUSTOMER PROPERTY:  The following provisions shall apply to the extent that the Work under the Contract requires any Contractor or Subcontractor personnel (collectively, "Personnel") to have access to PG&E assets, premises, customer property, or logical access to PG&E data or systems (collectively, "Access").

12.9.1   CRIMINAL BACKGROUND CHECKS:

(i)   Contractor warrants and represents that it will not assign any Personnel to work requiring Access unless Contractor has performed a criminal background check on each such individual (either at the time of hiring or during the course of employment).  Prior to assigning work requiring Access to any Personnel with one or more criminal convictions during the last seven years, Contractor must consider the gravity of the individual's offense, the time since the conviction, the successful completion of parole/probation, the individual's age at the time of conviction, the number of convictions, and the stability of the individual, including favorable work history. Contractor shall also consider the relation of the offense to the nature of the work the individual will perform.

(ii)   Notwithstanding the foregoing, in no event shall Contractor grant Access to an individual with one or more convictions for a Serious Offense(s), which is defined as violent and sex offenses, crimes against children, domestic violence, fraud, theft (including but not limited to identity theft), embezzlement, all felonies during the last seven years, and/or two or more DUI's in the past three years.

(iii)   Contractor shall maintain documentation related to its criminal background check investigation for all Personnel requiring Access and make it available to PG&E for audit if requested pursuant to the audit provisions of this Contract.

(iv)   Contractor also agrees to notify PG&E if any of its Personnel requiring Access are charged with or convicted of a Serious Offense during the course of a PG&E assignment.

12.9.2   FITNESS FOR DUTY:  Contractor shall ensure that its Personnel granted Access report to work fit for duty.  Personnel with Access may not consume alcohol while on duty and/or be under the influence of drugs that impair their ability to work safely.  PG&E expects each supplier to have policies in place that requires their employees report to work in a condition that allows them to perform the work safely.  For example, employees should not be operating equipment under medication that creates drowsiness.  As a federal contractor, PG&E does not recognize nor allow work to be completed under the influence of marijuana, whether or not is it used for medical reasons.

12.9.3   ELIGIBILITY FOR PG&E WORK:  When assigning any Personnel to perform Work requiring Access, Contractor shall submit each person's full name and the last four digits of their social security number to PG&E at the following e-mail address:  RecruitingOperations@pge.com.   PG&E reserves the right to decline to accept any proposed Personnel, in which case Contractor shall promptly propose a replacement.

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4: General Conditions
Trees, Incorporated
Page 19 of 31

12.10 NERC REQUIREMENTS:  Pursuant to a directive from the North American Electric Reliability Corporation (NERC), all employees and contractors with unescorted access to facilities and functions that PG&E deems critical to the support of the electricity infrastructure ("Critical Facilities") shall undergo employment background screening and training prior to being granted access to these PG&E facilities.  PG&E has included in the category of those with "unescorted access" all Contractor and Subcontractor personnel ("Individual") working within PG&E Critical Facilities.  The following requirements apply to any Work subject to the NERC requirements:

12.10.1  The background screening program for each Individual includes each of the following: (i) Social Security Number verification; (ii) County Criminal Check (up to three counties where the applicant /employee has lived in the past seven years); and (iii) "Global Watch" (check of 19 Federal and International Terrorist Watch lists).

12.10.2  The NERC directive also requires that the Contractor or Subcontractor administer to each Individual with access to Critical Facilities an initial and annual PG&E web-based training session.  This training program will also be provided in CD and hard copy format.

12.10.3  Following conclusion of an acceptable background check and certified completion of the above training courses, the Contractor shall provide PG&E's Corporate Security Department with a completion confirmation for each Individual.   PG&E will issue each Individual a keycard to access the designated PG&E facility to which they are assigned.  PG&E will deny access to Critical Facilities to any Individual who has not passed clearance.

13. GENERAL REQUIREMENTS

13.1  INDEPENDENT CONTRACTOR:  In assuming and performing the obligations of this Contract, Contractor is an independent contractor and shall not be eligible for any benefits which PG&E may provide its employees.  All persons, if any, hired by Contractor shall be employees or Subcontractors of Contractor and shall not be construed as employees or agents of PG&E in any respect.

13.2.  AMENDMENTS, SUBCONTRACTS AND ASSIGNMENTS

13.2.1  AMENDMENT:  No provision of the Contract will be deemed amended or waived by PG&E without prior written approval in the form of a signed Contract Change Order.  No oral statement will modify or otherwise affect the terms and conditions set forth herein.

13.2.2  SUBCONTRACTS:  Contractor shall not enter into Subcontracts and no Subcontractor shall be permitted to perform Work without the prior written approval of PG&E.  PG&E's approval of any Subcontract shall not relieve Contractor of its obligations to PG&E under this Contract.  Contractor's obligations under this Contract shall apply to any Subcontract, and Contractor shall be responsible to PG&E for any damages to PG&E arising out of Subcontracts not in accordance with this Contract.  Nothing in the Contract or any Subcontract shall create any direct contractual relations between a Subcontractor and PG&E.

13.2.3  ASSIGNMENT: PG&E may assign its rights or delegate its duties under this Contract, directly or indirectly, by operation of law or otherwise, without Contractor's prior approval or written consent, provided PG&E remains obligated to pay for services rendered up to the effective date of such transfer.  Contractor may not assign its rights or delegate its duties under this Contract, directly or indirectly, by operation of law or otherwise without PG&E's prior written consent, except that Contractor may assign to Contractor's corporate affiliate in which Contractor holds a majority interest, provided that Contractor and the affiliate both remain obligated under this Contract.  A party shall not unreasonably withhold, condition, or delay its consent.  Subject to the foregoing, this Contract shall be binding upon and inure to the benefit of the successors and assigns of the Parties hereto.  Any purported assignment of rights or delegation of duties in violation of this Section is void.

13.3  COMPLIANCE WITH LAWS:  Contractor shall comply with all federal, state and local laws, rules and regulations applicable to the Work to be performed under this Contract and to all aspects of the employment relationships between Contractor and its employees assigned to this Contract.  Contractor shall comply with all environmental and endangered species requirements and shall conduct its operations in a manner that complies with applicable programs and permits.  To the

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 20 of 31

extent Contractor's work is subject to PG&E-specific environmental permits or programs, PG&E will provide Contractor with such permit or program requirements.  Unless prohibited by law, Contractor shall hold PG&E harmless from any liability, fine or penalty incurred as a result of Contractor's failure to comply with applicable legal and regulatory requirements.

13.4    CALIFORNIA HEALTH AND SAFETY CODE:  The California Health and Safety Code requires businesses to provide warnings prior to exposing individuals to materials listed by the Governor as chemicals "known to the State of California to cause cancer, birth defects or reproductive harm."  PG&E uses chemicals on the Governor's list at many of its facilities.  In addition, many of these chemicals are present at non-PG&E-owned facilities and locations.  Accordingly, in performing the Work or services contemplated under this Contract, Contractor, its employees, agents and Subcontractors may be exposed to chemicals on the Governor's list.  Contractor is responsible for notifying its employees, agents, and Subcontractors that Work performed hereunder may result in exposures to chemicals on the Governor's list.

13.5    REPORTING:  In accordance with Section 7912 of the California Public Utilities Code, Contractor agrees to report annually to PG&E the number of California residents employed by Contractor, calculated on a full-time or full-time equivalent basis, who are personally providing services to PG&E.

13.6    NO PUBLICITY:  Contractor shall not include PG&E's name or logo, any reference to this Contract, or any reference to PG&E's purchase or use of any products or services provided by Contractor in Contractor's published customer list or in other publicity or advertisement, including internet, without the prior written consent of an officer of PG&E.  The fact that the Parties have entered into this Contract does not constitute, nor does it imply in any way, an endorsement of Contractor by PG&E, and Contractor will not state or imply that PG&E endorses, recommends, or vouches for Contractor in any form of written, verbal, or electronic advertisement, communication, or any other business development effort.

13.7    LEGAL REPRESENTATION:  Each Party has had the opportunity to consult legal counsel, and has, to the extent it deems necessary, consulted legal counsel in connection with the negotiation and execution of this Contract.

13.8    CHOICE OF LAWS:  This Contract shall be construed and interpreted in accordance with the laws of the State of California, excluding any choice of law rules which may direct the application of the laws of another jurisdiction.  Any controversy or claim arising out of or in any way relating to this Contract which cannot be amicably settled without court action shall be litigated in a California State Court of competent jurisdiction; or if jurisdiction over the action cannot be obtained in a California State Court, in a Federal Court of competent jurisdiction situated in the State of California.

13.9    DISPUTE RESOLUTION

13.9.1    EXECUTIVE NEGOTIATIONS:  The Parties shall attempt in good faith to resolve any dispute arising out of or relating to this Contract promptly by negotiations between a vice president of PG&E or his or her designated representative and an executive of similar authority of Contractor.  Either Party may give the other Party written notice of any dispute which has not been resolved at a working level.  Within 20 days after delivery of such notice, the executives shall meet at a mutually acceptable time and place, and thereafter as often as they reasonably deem necessary to exchange information and to attempt to resolve the dispute.

13.9.2    MEDIATION:  If the matter has not been resolved within 30 days of the first meeting of the executives, either Party may at any time thereafter request mediation by written notice to the other Party.  The mediation shall be conducted by a mutually-agreeable mediator with experience mediating complex commercial disputes.  If the matter has not been resolved with 60 days after the request for mediation, then either Party may initiate litigation.

13.9.3    Except as otherwise expressly provided in this Contract, each Party is required to continue to perform its obligations under this Contract pending final resolution of any dispute arising out of or relating to this Contract.

TREES002315

Tree Trimming; Tree and Brush Removal Inside 10 Feet of Energized Line
08/01/2014 kbw4

Contract 4400009030
Attachment 4:  General Conditions
Trees, Incorporated
Page 21 of 31

13.9.4   CONFIDENTIALITY OF DISPUTE RESOLUTION PROCESS:  All negotiations and any mediation conducted pursuant to this Article are confidential and shall be treated as compromise and settlement negotiations, to which Section 1119 of the California Evidence Code shall apply, and Section 1119 is incorporated herein by reference.

13.9.5   PRELIMINARY INJUNCTION:  Notwithstanding the foregoing provisions, a Party may seek a preliminary injunction or other provisional judicial remedy if in its judgment such action is necessary to avoid irreparable damage or to preserve the status quo.

13.10   NON-WAIVER:  The waiver by either Party of any breach of any term, covenant or condition contained in this Contract, or any default in the performance of any obligations under this Contract, shall not be deemed to be a waiver of any other breach or default of the same or any other term, covenant, condition or obligation.  Nor shall any waiver of any incident of breach or default constitute a continuing waiver of the same.

13.11   ENFORCEABILITY:  In the event that any of the provisions, or application of any of the provisions, of this Contract are held to be illegal or invalid by a court of competent jurisdiction or arbitrator/mediator, PG&E and Contractor shall negotiate an equitable adjustment in the provisions of this Contract with a view toward effectuating the purpose of this Contract.  The illegality or invalidity of any of the provisions, or application of any of the provisions, of this Contract will not affect the legality or enforceability of the remaining provisions or application of any of the provisions of the Contract.

13.12   INTEGRATION:  This Contract constitutes the entire agreement between the Parties and supersedes all prior or contemporaneous communications, representations, or agreements, whether oral or written, with respect to the subject matter hereof and has been induced by no representations, statements or agreements other than those herein expressed.  No provision of this Contract may be modified or waived unless in writing and executed by both Parties.

13.13   REPORTING:  In accordance with Section 7912 of the California Public Utilities Code, Contractor agrees to report annually to PG&E the number of California residents employed by Contractor, calculated on a full-time or full-time equivalent basis, who are personally providing services to PG&E.

13.14   SURVIVAL:  Those provisions which by their nature should continue, including but not limited to the provisions concerning insurance, indemnity, liability, assignment, warranties and guarantees, document retention, business ethics, and availability of information, shall survive termination, cancellation or expiration of this Contract.